**Fill in this information to identify your case:**

Debtor 1: Keith M. Scriven
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 22 - 11818 AMC

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Creditor's Name: William Whalon
Number Street: 138 North 2nd Street
City, State ZIP Code: Philadelphia, PA 19106
Contact: _____
Contact phone: _____

What is the nature of the claim? personal loan

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 80,000.00

**2**

Creditor's Name: Capital One
Number Street: P.O. Box 30285
City, State ZIP Code: Salt Lake City, UT 84130
Contact: _____
Contact phone: (877) 383-4802

What is the nature of the claim? credit card

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 4,565.00

Debtor 1  **Keith   M.   Scriven**    Case number (if known) 22 - 11818 AMC

**Unsecured claim**

**3** Credit One Bank, N.A.
Creditor's Name
6801 So. Cimarron Road
Number   Street

Las Vegas,   NV   89113
City   State   ZIP Code

Contact
(877) 825-3242
Contact phone

What is the nature of the claim? credit card    $ 2,025.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**4** Philadelphia Gas Works
Creditor's Name
800 W. Montgomery Avenue
Number   Street

Philadelphia,   PA   19122
City   State   ZIP Code

Contact
(215) 235-1000
Contact phone

What is the nature of the claim? gas services    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**5** PECo Energy Co.
Creditor's Name
2301 Market Street
Number   Street

Philadelphia,   PA   19103
City   State   ZIP Code

Contact
(800) 494-4000
Contact phone

What is the nature of the claim? electrical services    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**6** OpenSky Capital Bank
Creditor's Name
P.O. Box 8130
Number   Street

Reston,   VA   20195
City   State   ZIP Code

Contact
(800) 859-6412
Contact phone

What is the nature of the claim? electrical services    $ 55.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**7** Santander Consumer USA, Inc.
Creditor's Name
P.O. Box 961245
Number   Street

Fort Worth,   TX   76161
City   State   ZIP Code

Contact
(800) 526-0157
Contact phone

What is the nature of the claim? auto contract balance    $ 1.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

Debtor 1  Keith M. Scriven        Case number (*if known*) 22 - 11818 AMC
        First Name    Middle Name    Last Name

**Unsecured claim**

**8**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim    $_____

**9**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim    $_____

**10**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim    $_____

**11**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim    $_____

**12**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim    $_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

Debtor 1  Keith  M.  Scriven       Case number (*if known*) 22 - 11818 AMC
     First Name   Middle Name   Last Name

**Unsecured claim**

**13**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**14**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**15**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**16**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**17**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

Debtor 1  **Keith  M.  Scriven**
First Name  Middle Name  Last Name

Case number (if known) 22 - 11818 AMC

Unsecured claim

**18**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [ ] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

**19**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [ ] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

**20**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [ ] No
- [ ] Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

x _/s/ Keith M. Scriven_  x _____
Signature of Debtor 1  Signature of Debtor 2

Date  7/25/2022
MM / DD / YYYY

Date _____
MM / DD / YYYY