United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-11818-amc
Keith M. Scriven | Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D amps@manleydeas.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| RONALD G. MCNEIL | on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 26, 2022 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 22 - 11818 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Extend Time, and any responses thereto, it is hereby ORDERED that Debtor shall file his Summary of Assets and Liabilities, Schedules with Declaration, Statement of Financial Affairs, 20 Largest Unsecured Creditors, Small Business Balance Sheet, Small Business Cash Flow Statement, Small Business Tax Return, Small Business Statement of Operations, and Attorney Disclosure Statement on or before August 1, 2022. If Debtor fails to file these required documents within the required time, this case may be dismissed without additional notice or opportunity for a hearing.

DATE:　　　　　　　　　　　　　　　　　BY THE COURT:

**Date: July 26, 2022**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge