UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                      :      Case No.  22 - 11818
Keith M. Scriven           :                 (Chapter 11)
Debtor.                  :
:      Hon. Ashely M. Chan
:

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| N/A | | | |

DECLARATION UNDER PENALTY OF PERJURY

I, <u>Keith M. Scriven</u>, named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

DATE: 7/29/2022

(signature)

<u>Keith M. Scriven</u>
(Print or type the name of individual signing for debtor)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.*