**Keith M. Scriven**
**Self-Employed**

| **Balance Sheet** <br> (As of July 11th) | **2021** <br> Prior Year | **2022** <br> Current Year |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash | $ 3,400.00 | $35,780.00 |
| Accounts Receivable | $ 0.00 | $15,200.00 |
| Prepaid Expenses | $ 0.00 | $ 2,300.00 |
| Inventory | $12,800.00 | $24,600.00 |
| **Total Current Assets** | $16,200.00 | $77,880.00 |
| **Property & Equipment** | $26,000.00 | $32,000.00 |
| **Charity** | $ 1,500.00 | $ 2,750.00 |
| **Total Assets** | $43,700.00 | $112,630.00 |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | $2,900.00 | $4,300.00 |
| Accrued expenses | $ 880.00 | $1,440.00 |
| Unearned Revenue | $ 300.00 | $1,180.00 |
| **Total Current Liabilities** | $4,080.00 | $6,920.00 |
| **Long Term Debt** | $ 0.00 | $ 0.00 |
| **Other Long Term Liabilities** | $ 0.00 | $ 0.00 |
| **Total Liabilities** | | |
| **Shareholder's Equity** | | |
| Investment Capital | $0.00 | $0.00 |
| Retained Earnings | $0.00 | $0.00 |
| **Shareholder's Equity** | $0.00 | $0.00 |
| **Total Liabilities & Shareholder's Equity** | $0.00 | $0.00 |