## Cash Flow from Operations
## 2nd Quarter 2022
## April 1, 2022 – June 30, 2022

| | |
|---|---:|
| **Net Income** | $93,970.00 |
| *Additions to Cash* | |
| Depreciation | $ 2,200.00 |
| Increase in Accounts Payable | $ 4,300.00 |
| *Subtractions to Cash* | |
| Increase in Accounts Receivable | ($15,200.00) |
| Increase in Inventory | ($21,800.00) |
| **Net Cash from Operations** | **$63,670.00** |
| **Cash Flow from Investing** | |
| Purchase of Equipment | ($6,400.00) |
| **Cash Flow from Financing** | |
| Notes Payable | $     0.00 |
| **Cash Flow from Month Ended June 30, 2022** | **$57,270.00** |