# INCOME STATEMENT

**Keith M Scriven**  **2021**
**Self-Employed**  **Prior Year**

**Revenue**

| | |
|---|---|
| Sales Revenue | $26,700.00 |
| PUA Income | $31,392.00 |
| **Total Revenue & Gain** | **$58,092.00** |

**Expenses**

| | |
|---|---|
| Advertising | $ 660.00 |
| Insurance | |
| Tax & Fees | $ 450.00 |
| Internet | $ 1,200.00 |
| Office Supplies | $ 780.00 |
| Supplies | $14,820.00 |
| Utilities/Telephone Expenses | $ 4,800.00 |
| **Total Expenses** | **$22,710.00** |
| Income Before Tax | $ 3,990.00 |
| Income Tax Expense | $0.00 |
| **Net Profit (Loss)** | **$ 3,990.00** |