UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  | : |  |
|---|---|---|
| In re | : | Case No.  22 - 11818 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## ORDER

AND NOW, upon consideration of Debtor's Application to Employ Counsel,

and any responses thereto, it is hereby ORDERED that

a)      Debtor's Application to Employ Counsel is APPROVED; and

b)      Debtor may employ McNeil Legal Services as his counsel in
these proceedings to advise him upon all matters which may
arise or which may be incident to these proceedings, said firm
to be paid at such compensation as the Court shall allow.

DATE:                                                    BY THE COURT:

**Date: August 2, 2022**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge