UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 22 - 11818 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

# ORDER

AND NOW, upon consideration of Debtor's Motion to Extend Automatic Stay, and any responses thereto, it is hereby ORDERED and DECREED that

a) Debtor's Motion to Extend Automatic Stay is GRANTED; and

b) the Automatic Stay under § 362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

DATE:                                                                                  BY THE COURT:

**Date: August 22, 2022**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge