**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | Case No.: 22-11818 |
| **Keith M. Scriven DBA Hanlan Midgette** : | Chapter 11 |
| **Scriven, LLC, DBA Hanlan Midgette** : | Judge Ashely M. Chan |
| **Scriven, LP, DBA Scriven, Inc.** : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Ajax Mortgage Loan Trust 2021-D,** : | |
| **Mortgage-Backed Securities, Series 2021-** : | Related Document # 13 |
| **D, by U.S. Bank National Association, as** : | |
| **Indenture Trustee** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Keith M. Scriven DBA Hanlan Midgette** : | |
| **Scriven, LLC, DBA Hanlan Midgette** | |
| **Scriven, LP, DBA Scriven, Inc.** | |
| | |
| **Richard Furtek, Subchapter V Trustee** | |
| **Respondents.** | |

**ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 2022, upon consideration of the foregoing Stipulation for Settlement of Debtor's Motion to Extend the Automatic Stay and Creditor's response thereto, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*[signature]*

**Date: August 22, 2022**

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

7

CC:

    Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

    Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

    Richard Furtek, Subchapter V Trustee, 101 Lindenwood Drive, Suite 225, Malvern, PA  19355, Rfurtek@furtekassociates.com (notified by ecf)

    Ronald G. McNeil, Attorney for Debtor, 1333 Race Street, Philadelphia, PA  19107-1585, r.mcneil1@verizon.net (notified by ecf)

    Keith M. Scriven DBA  Hanlan Midgette Scriven, LLC, DBA  Hanlan Midgette Scriven, LP, DBA  Scriven, Inc., Debtor, 1007 North 6th Street, Philadelphia, PA  19123 (notified by regular US Mail)