## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **KEITH M. SCRIVEN**                              **Chapter 11**
      **dba Hanlan Midgette Scriven, LLC**
      **dba Hanlan Midgette Scriven, LP**       **Bky. No.  22-11818-AMC**
      **dba Scriven, Inc.**
           **Debtor(s)**

### SUBCHAPTER V STATUS REPORT

*Note: If necessary to fully complete, attach additional pages*

Date of order for relief:                          July 11, 2022

Trustee:                                           Richard E. Furtek, CPA

Has the debtor attended an initial debtor interview?          Yes [x]     No [ ]

    If no, please explain:

Has the trustee concluded the 341 meeting?                   Yes [x]     No [ ]

    If no, please explain:

Has the debtor filed all postpetition financial reports?     Yes [x]     No [ ]

    If no, please explain:

Has the debtor filed all monthly operating reports?          Yes [x]     No [ ]

    If no, please explain:

Is all relevant insurance in place and current?              Yes [x]     No [ ]

    If no, please explain:

# APPENDIX A

Has the debtor filed all applicable tax returns?                                   Yes  [x]    No  [ ]

If no, please explain: _____

Has the debtor paid all taxes entitled to administrative expense priority? Yes  [x]    No  [ ]

If no, please explain: _____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

    has contacted mortgage companies attorneys to determine pre-petition arrears and whether he will attempt to keep any of the properties other than his residence at 1007-09 North 6th Street   19123.



Other relevant information:


<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief.**
Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).


This status report must be served on the trustee and all parties in interest.


**Date:** <u>Aug. 23, 2022</u>                         <u>/s/ Ronald G. McNeil</u>

                                                          **Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  22 - 11818 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF SERVICE

I, Ronald G. McNeil, Esquire, certify that a true and correct copy of SubChapter V

Status Report was served via electronic means upon the following:

SubChapter V Trustee
Furtek & Associates, LLC
Richard E. Furtek, CPA
101 Lindenwood Drive, Suite 225
Malvern, PA 19355-1762

Office of the U.S. Trustee
ATTN: George M. Conway, Esquire
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: August 23, 2022