United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11818-amc |
| Keith M. Scriven | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Aug 24 2022 00:00:00 | City of Philadelphia, Law Department - Tax & Revenue Unit, 1401 JFK Blvd., 5th Fl, Philadelphia, pa 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2022 23:59:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 23 2022 23:59:00 | Deutsche Bank National Trust Company, as Trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 25, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Creditor Ajax Mortgage Loan Trust 2021-D amps@manleydeas.com

BRAD KUBISIAK

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov

DENISE ELIZABETH CARLON

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bkgroup@kmllawgroup.com

GEORGE M. CONWAY

on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

MARIO J. HANYON

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MEGAN N. HARPER

on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

RONALD G. MCNEIL

on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net

Richard E Furtek

rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 22 - 11818 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Extend Automatic Stay, and any responses thereto, it is hereby ORDERED and DECREED that

a) Debtor's Motion to Extend Automatic Stay is GRANTED; and

b) the Automatic Stay under § 362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

DATE:                                          BY THE COURT:

**Date: August 22, 2022**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge