**Fill in this information to identify the case:**

Debtor Name: Keith M. Scriven

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22 - 11818 AMC

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: Sept/2022

Date report filed: 10/24/2022
MM / DD / YYYY

Line of business: Sales

NAISC code: 459920

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Keith M. Scriven

Original signature of responsible party: *(signed)*

Printed name of responsible party: Keith M. Scriven

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

Debtor Name  Keith M. Scriven                                   Case number  22 - 11818 AMC

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 8,174.04

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 27,720.22

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 24,210.08

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 3,510.14

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 13,347.16

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name  Keith M. Scriven                           Case number 22 - 11818 AMC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  0
27. What is the number of employees as of the date of this monthly report?  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 3,262.00
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 19,000.00 | − | $ 27,720.22 | = | $ -8,720.22 |
| 33. **Cash disbursements** | $ 4,000.00 | − | $ 24,210.08 | = | $ -20,210.08 |
| 34. **Net cash flow** | $ 15,000.00 | − | $ 3,510.14 | = | $ 11,489.86 |

35. Total projected cash receipts for the next month:  $ 19,000.00
36. Total projected cash disbursements for the next month:  − $ 4,000.00
37. Total projected net cash flow for the next month:  = $ 15,000.00

Debtor Name  Keith M. Scriven                                    Case number 22 - 11818 AMC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## Monthly Report (Sept/2022)

Keith M. Scriven    Bankr. No. 22 - 11818 AMC

## Addendum

### Income

| | | | |
|---|---|---|---:|
| a) | Sales | | $27,720.19 |
| b) | Interest | | 0.03 |
| | | Total Revenue    27,720.22 | |

### Expenses

| | | |
|---|---|---:|
| a) | advertising | 733.97 |
| b) | insurance | |
| c) | taxes & fees | 10.00 |
| d) | materials | 13,911.79 ** |
| e) | office supplies | 678.26 |
| f) | utilities/telephone | 1,357.09 |
| g) | transportation | 817.47 |
| h) | bankruptcy filing | 0.00 |
| i) | other - KMS related | 1,706.87 |
| j) | other (return) | 2,000.00 |
| k) | mortgage | 2,994.63 |
| | Total Expenses    24,210.08 | |

Net Profit (Loss)    3,510.14

** - customers have placed orders which are not payable until completed

# Wells Fargo Everyday Checking

September 30, 2022  ■  Page 1 of 7



KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

(345)
Sheet Seq = 0432288
Sheet 00001 of  00004

September 30, 2022 ■ Page 2 of 7



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 9/1 | $271.11 |
| Deposits/Additions | 36,320.19 |
| Withdrawals/Subtractions | - 32,247.10 |
| **Ending balance on 9/30** | **$4,344.20** |

Account number: ▮▮▮▮6767

**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH11 CASE #22-11818 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 9/1 | | ATM Transfer authorized on 09/01 From Keith M Scriven Savings 122 Water St Newton NJ 0003590 ATM ID 0115Q Card 4006 | 3,000.00 | | |
| 9/1 | | Purchase Bank Check OR Draft | | 2,994.63 | |
| 9/1 | | ATM Withdrawal authorized on 09/01 122 Water St Newton NJ 0008003 ATM ID 0115N Card 4006 | | 100.00 | 176.48 |
| 9/2 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0G9Cdscc on 09/02/22 | 2,400.00 | | |
| 9/2 | | Purchase authorized on 09/01 USPS PO 3358501340 Newton NJ S582244519745487 Card 4006 | | 4.60 | |
| 9/2 | | Cash eWithdrawal in Branch/Store 09/02/2022 09:47 Am 307 Levering Mill Rd Bala Cynwyd PA 4006 | | 1,400.00 | |
| 9/2 | | ATM Withdrawal authorized on 09/02 307 Levering Mill Rd Bala Cynwyd PA 0008393 ATM ID 0174K Card 4006 | | 1,000.00 | 171.88 |
| 9/6 | | RTP From Venmo on 09/03 Ref#20220903021000021P1Brjpm00550020893 | 2,975.00 | | |
| 9/6 | | Purchase authorized on 09/01 Quick Chek Corpora Newton NJ S382244524682072 Card 4006 | | 60.00 | |
| 9/6 | | Purchase authorized on 09/02 Staples 0010 Warrington PA S582245519651884 Card 4006 | | 0.89 | |
| 9/6 | | Purchase authorized on 09/02 Staples 0010 Warrington PA S462245525544836 Card 4006 | | 2.12 | |
| 9/6 | | Purchase authorized on 09/03 19 Petroleum Phillipsburg NJ S462246669488394 Card 4006 | | 80.00 | |
| 9/6 | | Purchase authorized on 09/03 Sp Refyne Httpsrefynery CA S382246765672130 Card 4006 | | 372.06 | |
| 9/6 | | Purchase authorized on 09/05 Wal-Mart #2497 Phillipsburg NJ S382248557034611 Card 4006 | | 162.78 | |
| 9/6 | | Zelle to Grossman Craig on 09/05 Ref #Rp0Qnvgwls | | 150.00 | |
| 9/6 | | ATM Withdrawal authorized on 09/06 122 Water St Newton NJ 0004033 ATM ID 0115Q Card 4006 | | 200.00 | |
| 9/6 | | Purchase authorized on 09/06 Walgreens Store 126 Water Newton NJ P382249497900480 Card 4006 | | 38.32 | 2,080.71 |
| 9/7 | | Purchase authorized on 09/06 Ops* Newton Expres Newton NJ S382249481754302 Card 4006 | | 14.50 | |
| 9/7 | | Purchase with Cash Back $ 25.00 authorized on 09/07 Shoprite Washington S1 Washington NJ P382250764797332 Card 4006 | | 91.13 | 1,975.08 |
| 9/8 | | ATM Transfer authorized on 09/08 From Keith M Scriven Savings 122 Water St Newton NJ 0009416 ATM ID 0115N Card 4006 | 1,000.00 | | |
| 9/8 | | Purchase authorized on 09/06 Quick Chek Corpora Newton NJ S582249500067437 Card 4006 | | 70.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/8 | | ATM Withdrawal authorized on 09/08 122 Water St Newton NJ 0009417 ATM ID 0115N Card 4006 | | 300.00 | 2,605.08 |
| 9/9 | | ATM Check Deposit on 09/09 601 Chestnut St Philadelphia PA 0005705 ATM ID 6560D Card 4006 | 3,000.00 | | |
| 9/9 | | Edeposit IN Branch/Store 09/09/22 02:48:45 Pm 601 Chestnut St Philadelphia PA 4006 | 4,500.00 | | |
| 9/9 | | Recurring Payment authorized on 09/08 Vzwrlss*Bill Pay 800-9220204 CA S302251477337189 Card 4006 | | 348.57 | |
| 9/9 | | Withdrawal Made In A Branch/Store | | 2,500.00 | |
| 9/9 | | Online Transfer to Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gc4R5Zb on 09/09/22 | | 1,500.00 | 5,756.51 |
| 9/12 | | Purchase authorized on 09/08 Metro Self Storage 973-6914848 NJ S462251544325650 Card 4006 | | 1,008.52 | |
| 9/12 | | Purchase authorized on 09/09 19 Petroleum Phillipsburg NJ S582252465184063 Card 4006 | | 60.00 | |
| 9/12 | | Purchase authorized on 09/09 Ppa on Street Kios Philadelphia PA S302252682485802 Card 4006 | | 3.00 | |
| 9/12 | | Purchase authorized on 09/09 Metro Self Storage 973-6914848 NJ S582252718071565 Card 4006 | | 825.31 | |
| 9/12 | | Purchase authorized on 09/12 Pamma Too 809 Sansom S Philadelphia PA P000000685195487 Card 4006 | | 37.00 | |
| 9/12 | | ATM Withdrawal authorized on 09/12 601 Chestnut St Philadelphia PA 0008730 ATM ID 6560S Card 4006 | | 1,000.00 | 2,822.68 |
| 9/14 | | Purchase authorized on 09/12 Quick Chek Corpora Belvidere NJ S462255446463247 Card 4006 | | 60.00 | 2,762.68 |
| 9/15 | | Purchase authorized on 09/13 Ppa on Street Kios Philadelphia PA S382256488004258 Card 4006 | | 3.00 | |
| 9/15 | | Purchase authorized on 09/13 Quick Chek Corpora Belvidere NJ S582256581734406 Card 4006 | | 69.30 | |
| 9/15 | | Purchase authorized on 09/15 Tb Hagstoz & Son Inc Philadelphia PA P000000879945638 Card 4006 | | 43.12 | 2,647.26 |
| 9/16 | | Purchase authorized on 09/14 Acme 0613 Penn Valley PA S302257751162537 Card 4006 | | 41.33 | |
| 9/16 | | Purchase authorized on 09/16 Lowe's #3169 Havertown PA P462259558430972 Card 4006 | | 44.46 | |
| 9/16 | | Purchase authorized on 09/16 Venmo* VISA Direct NY S462259777816833 Card 4006 | | 2,000.00 | 561.47 |
| 9/19 | | Purchase authorized on 09/15 Ppa on Street Kios Philadelphia PA S582258619946887 Card 4006 | | 6.00 | |
| 9/19 | | Purchase authorized on 09/16 Quick Ckek Food St Ringoes NJ S462259831795410 Card 4006 | | 60.00 | |
| 9/19 | | Purchase authorized on 09/17 Wal-Mart Wal-Mart Sup Newton NJ P000000086948585 Card 4006 | | 166.74 | 328.73 |
| 9/20 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gfq4BG6 on 09/20/22 | 1,800.00 | | |
| 9/20 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gfq7Szm on 09/20/22 | 400.00 | | |
| 9/20 | | Purchase authorized on 09/19 19 Petroleum Phillipsburg NJ S582262459311391 Card 4006 | | 48.00 | |
| 9/20 | | Purchase authorized on 09/19 Wine and Spirits 4 Bala Cynwyd PA S582262840965568 Card 4006 | | 15.89 | 2,464.84 |
| 9/21 | | Purchase authorized on 09/20 Jewelers Depot Philadelphia PA S582263605880475 Card 4006 | | 2,188.89 | 275.95 |
| 9/22 | | ATM Cash Deposit on 09/22 307 Levering Mill Rd Bala Cynwyd PA 0001815 ATM ID 0174K Card 4006 | 3,000.00 | | |
| 9/22 | | RTP From Venmo on 09/22 Ref#20220922021000021P1Brjpm00040118815 | 270.19 | | |
| 9/22 | | Purchase authorized on 09/20 Staples 0010 Narberth PA S302263500319508 Card 4006 | | 7.42 | 3,538.72 |
| 9/23 | | Purchase authorized on 09/22 19 Petroleum Phillipsburg NJ S382265492414154 Card 4006 | | 44.50 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/23 | | Recurring Payment authorized on 09/22 Dnh*Godaddy.Com 480-5058855 AZ S302265673010363 Card 4006 | | 32.39 | |
| 9/23 | | Cash eWithdrawal in Branch/Store 09/23/2022 07:29 Am 307 Levering Mill Rd Bala Cynwyd PA 4006 | | 1,800.00 | |
| 9/23 | | ATM Withdrawal authorized on 09/23 307 Levering Mill Rd Bala Cynwyd PA 0001966 ATM ID 0174K Card 4006 | | 1,000.00 | 661.83 |
| 9/26 | | RTP From Paypal on 09/24 Ref#20220924021000021P1Brjpm00020022647 | 13,975.00 | | |
| 9/26 | | Purchase authorized on 09/23 Mountain Valley Fl Oxford NJ S302266801279729 Card 4006 | | 23.45 | |
| 9/26 | | Recurring Payment authorized on 09/24 Sxm*Siriusxm.Com/A 888-635-5144 NY S462267278511940 Card 4006 | | 23.29 | |
| 9/26 | | Purchase authorized on 09/24 Exxonmobil 4795 Columbia NJ S302267494997735 Card 4006 | | 75.01 | |
| 9/26 | | Online Transfer to Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Ggphkvp on 09/24/22 | | 8,200.00 | |
| 9/26 | | Purchase authorized on 09/24 Cash App*Marki 8774174551 CA S302267536216660 Card 4006 | | 300.00 | |
| 9/26 | | Purchase authorized on 09/24 Fresh N Fill State College PA S302267616529599 Card 4006 | | 13.54 | |
| 9/26 | | Purchase authorized on 09/24 Venmo* VISA Direct NY S302268064291194 Card 4006 | | 175.00 | |
| 9/26 | | ATM Withdrawal authorized on 09/26 5810 Easton Rd Plumsteadvill PA 0009550 ATM ID 0087R Card 4006 | | 680.00 | 5,146.54 |
| 9/27 | | Purchase authorized on 09/25 Exxonmobil 9901 Danville PA S582268662027072 Card 4006 | | 85.01 | |
| 9/27 | | Purchase authorized on 09/25 Staples 0010 Newton NJ S382268751715664 Card 4006 | | 3.22 | 5,058.31 |
| 9/28 | | Purchase authorized on 09/27 Wal-Mart #2604 Newton NJ S302270661563636 Card 4006 | | 277.76 | 4,780.55 |
| 9/29 | | Purchase authorized on 09/24 The Phyrst State College PA S302268134905932 Card 4006 | | 56.35 | |
| 9/29 | | Purchase authorized on 09/27 Quick Chek Corpora Newton NJ S582270667192032 Card 4006 | | 70.00 | |
| 9/29 | | Zelle to Doan Huan on 09/29 Ref #Pp0Qq9T42S | | 300.00 | 4,354.20 |
| 9/30 | | Monthly Service Fee | | 10.00 | 4,344.20 |
| **Ending balance on 9/30** | | | | | **4,344.20** |
| **Totals** | | | **$36,320.19** | **$32,247.10** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2022 - 09/30/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $171.88 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

# Wells Fargo Way2Save® Savings

September 30, 2022 ■ Page 1 of 5



KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

| Statement period activity summary | |
|---|---:|
| Beginning balance on 9/1 | $7,902.93 |
| Deposits/Additions | 9,700.03 |
| Withdrawals/Subtractions | - 8,600.00 |
| **Ending balance on 9/30** | **$9,002.96** |

Account number: ▇▇▇▇ 2339

**KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $3,476.26 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.32 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 9/1 | ATM Transfer authorized on 09/01 to Keith M Scriven Checking 122 Water St Newton NJ 0003590 ATM ID 0115Q Card 4006 | | 3,000.00 | 4,902.93 |
| 9/2 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0G9Cdscc on 09/02/22 | | 2,400.00 | 2,502.93 |
| 9/8 | ATM Transfer authorized on 09/08 to Keith M Scriven Checking 122 Water St Newton NJ 0009416 ATM ID 0115N Card 4006 | | 1,000.00 | 1,502.93 |
| 9/9 | Online Transfer From Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gc4R5Zb on 09/09/22 | 1,500.00 | | 3,002.93 |
| 9/20 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gfq4BG6 on 09/20/22 | | 1,800.00 | |
| 9/20 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gfq7Szm on 09/20/22 | | 400.00 | 802.93 |
| 9/26 | Online Transfer From Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Ggphkvp on 09/24/22 | 8,200.00 | | 9,002.93 |
| 9/30 | Interest Payment | 0.03 | | 9,002.96 |
| **Ending balance on 9/30** | | | | **9,002.96** |
| **Totals** | | **$9,700.03** | **$8,600.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2022 - 09/30/2022 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $802.93 ✓ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · Age of primary account owner | 0 - 24 | ☐ |
| · | | |

AM/AM