# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-11818** |
| **Keith M. Scriven DBA Hanlan Midgette** : | **Chapter 11** |
| **Scriven, LLC, DBA Hanlan Midgette** : | **Judge Ashely M. Chan** |
| **Scriven, LP, DBA Scriven, Inc.** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2021-D,** : | |
| **Mortgage-Backed Securities, Series 2021-** : | |
| **D, by U.S. Bank National Association, as** : | |
| **Indenture Trustee** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Keith M. Scriven DBA Hanlan Midgette** : | |
| **Scriven, LLC, DBA Hanlan Midgette** | |
| **Scriven, LP, DBA Scriven, Inc.** | |
| | |
| **Richard Furtek, Subchapter V Trustee** | |
| **Respondents.** | |

## MOTION TO APPEAR *PRO HAC VICE*

Comes now, Edward H. Cahill, and requests permission to appear and participate as counsel for Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), a creditor in the above-entitled case, pursuant to Local Bankruptcy Rule 2090-1 (b).  In support of this Motion, Movant states:

1. I am licensed to practice in the State of Ohio.  I am an active member in good standing in this jurisdiction.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the local rules of this court and agree to comply with same.

22-019582_EDW

4. I have paid the applicable *pro hac vice* fee to the U.S. District Court of the District of Pennsylvania.

5. I have not sought *pro hac vice* appearance before this Court within the last twelve (12) months.

WHEREFORE, I, Edward H. Cahill, respectfully request permission to appear and participate as counsel for Creditor in the above captioned action.

Respectfully submitted,

/s/Edward H. Cahill

Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Edward H. Cahill
Contact email is ehc@manleydeas.com

22-019582_EDW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 22-11818** |
| **Keith M. Scriven DBA Hanlan Midgette** | : **Chapter 11** |
| **Scriven, LLC, DBA Hanlan Midgette** | : **Judge Ashely M. Chan** |
| **Scriven, LP, DBA Scriven, Inc.** | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | : |
| **Ajax Mortgage Loan Trust 2021-D,** | : |
| **Mortgage-Backed Securities, Series** | : |
| **2021-D, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Keith M. Scriven DBA Hanlan Midgette** | : |
| **Scriven, LLC, DBA Hanlan Midgette** | |
| **Scriven, LP, DBA Scriven, Inc.** | |

**Richard Furtek**

         **Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  Richard Furtek, Chapter 11 Trustee, Rfurtek@furtekassociates.com

  Ronald G. McNeil, Attorney for Keith M. Scriven DBA Hanlan Midgette Scriven, LLC, DBA Hanlan Midgette Scriven, LP, DBA Scriven, Inc., r.mcneil1@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

22-019582_EDW

Keith M. Scriven DBA Hanlan Midgette Scriven, LLC, DBA Hanlan Midgette Scriven, LP, DBA Scriven, Inc., 1007 North 6th Street, Philadelphia, PA 19123

/s/Edward H. Cahill

22-019582_EDW

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-11818** |
| **Keith M. Scriven DBA Hanlan Midgette** : | **Chapter 11** |
| **Scriven, LLC, DBA Hanlan Midgette** : | **Judge Ashely M. Chan** |
| **Scriven, LP, DBA Scriven, Inc.** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2021-D,** : | |
| **Mortgage-Backed Securities, Series 2021-** : | |
| **D, by U.S. Bank National Association, as** : | |
| **Indenture Trustee** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Keith M. Scriven DBA Hanlan Midgette** : | |
| **Scriven, LLC, DBA Hanlan Midgette** | |
| **Scriven, LP, DBA Scriven, Inc.** | |
| | |
| **Richard Furtek, Subchapter V Trustee** | |
| **Respondents.** | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Upon the motion of Edward H. Cahill to be admitted, *pro hac vice*, to represent Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee, an interest party in the above referenced case, and upon Movant's certifications contained in her motion, it is hereby

ORDERED, that Edward H. Cahill is admitted to practice, *pro hac vice*, in the above bankruptcy case to represent Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee.

**SO ORDERED, this** _____

22-019582_EDW

                                                                                                 _____
                                                                                                  Ashely M. Chan, Judge
                                                                                                   United States Bankruptcy Court

22-019582_EDW