## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-11818** |
| **Keith M. Scriven DBA Hanlan Midgette** : | **Chapter 11** |
| **Scriven, LLC, DBA Hanlan Midgette** : | **Judge Ashely M. Chan** |
| **Scriven, LP, DBA Scriven, Inc.** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2021-D,** : | |
| **Mortgage-Backed Securities, Series 2021-** : | |
| **D, by U.S. Bank National Association, as** : | |
| **Indenture Trustee** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Keith M. Scriven DBA Hanlan Midgette** : | |
| **Scriven, LLC, DBA Hanlan Midgette** | |
| **Scriven, LP, DBA Scriven, Inc.** | |
| | |
| **Richard Furtek, Subchapter V Trustee** | |
| **Respondents.** | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Upon the motion of Edward H. Cahill to be admitted, *pro hac vice*, to represent Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee, an interest party in the above referenced case, and upon Movant's certifications contained in her motion, it is hereby

ORDERED, that Edward H. Cahill is admitted to practice, *pro hac vice*, in the above bankruptcy case to represent Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee.

**SO ORDERED, this** _____

22-019582_EDW

_____
Ashely M. Chan, Judge
 United States Bankruptcy Court

22-019582_EDW