IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-11818 |
| **Keith M. Scriven DBA  Hanlan Midgette Scriven, LLC, DBA  Hanlan Midgette Scriven, LP, DBA  Scriven, Inc.** | : **Chapter 11** |
| | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee** | : |
| **Movant,** | : |
| vs | : |
| **Keith M. Scriven DBA  Hanlan Midgette Scriven, LLC, DBA  Hanlan Midgette Scriven, LP, DBA  Scriven, Inc.** | : |
| **Richard Furtek, Subchapter V Trustee** | |
| **Respondents.** | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Upon the motion of Edward H. Cahill to be admitted, *pro hac vice*, to represent Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee, an interest party in the above referenced case, and upon Movant's certifications contained in her motion, it is hereby

ORDERED, that Edward H. Cahill is admitted to practice, *pro hac vice*, in the above bankruptcy case to represent Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee.

So Ordered:

Dated: November 8, 2022

_____
ASHELY M. CHAN, Judge
U.S. Bankruptcy Court