**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc. | Case No. 22-11818-amc |
| Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1,<br>    Movant<br><br>vs.<br><br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.,<br>    Debtor | Chapter 11 |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 11 PLAN**

Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1 ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 11 Plan* (Doc 52), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on July 11, 2022.

2. Movant holds a security interest in the Debtor's real property located at 25 Widgeon Rd, Philadelphia, NY 11782 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number CX011849 in Official Records of Suffolk County, New York. Said Mortgage secures a Note in the amount of $633,750.00.

3. The Debtor filed a Chapter 11 Plan (the "Plan") on October 10, 2022 (Doc 52).

4. Movant filed a Proof of Claim in this case on September 16, 2022 (Claim No. 12) which lists a total debt of $1,226,456.76 and post petition arrears of $706,352.51.

5. The Plan calls for the abandonment or sale of the property commonly known as 25 Widgeon Rd, Philadelphia, NY 11782 in 4.01, Class 3. Movant holds a secured lien on this property.

6. Movant objects to Debtor's proposed Chapter 11 Plan as there are no deadlines provided for the abandonment or sale of the property.

7. Movant objects to any plan which proposes to pay it anything less than $706,352.51 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

> */s/ Matt Fissel*
> Andrew Spivack, PA Bar No. 84439
> Matt Fissel, PA Bar No. 314567
> Mario Hanyon, PA Bar No. 203993
> Ryan Starks, PA Bar No. 330002
> Jay Jones, PA Bar No. 86657
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 8757 Red Oak Boulevard, Suite 150
> Charlotte, NC 28217
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.<br><br>Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1,<br>    Movant<br><br>vs.<br><br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.,<br>    Debtor | Case No. 22-11818-amc<br><br>Chapter 11 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection To Confirmation Of Debtor's Chapter 11 Plan has been electronically served or mailed, postage prepaid on this day to the following:

KEITH M. SCRIVEN
1007 N 6TH ST
PHILADELPHIA, PA 19123-1406

RONALD G. MCNEIL, Debtor's Attorney
1133Â RaceÂ Street
Philadelphia, PA 19107
r.mcneil1@verizon.net

Richard E Furtek, Bankruptcy Trustee
FURTEK & ASSOCIATES, LLC SUBCHAPTER V TRUSTEE
101 LINDENWOOD DR. SUITE 225
Malvern, PA 19355

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

<u>November 9, 2022</u>

                                                 <u>*/s/ Matt Fissel*</u>
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com