United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-11818-amc
Keith M. Scriven     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 08, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: amps@manleydeas.com | Nov 08 2022 23:42:00 | EDWARD H. CAHILL, Manley Deas Kochalski LLC, P.O.Box 165028, Columbus, OH 43216-5028 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D amps@manleydeas.com |
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 2 |

THE CWHEQ INC., CWHEQ REVOLVING HOM bkgroup@kmllawgroup.com

GEORGE M. CONWAY
    on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust lmoyer@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

RONALD G. MCNEIL
    on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net

Richard E Furtek
    rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-11818 |
| **Keith M. Scriven DBA Hanlan Midgette** | : **Chapter 11** |
| **Scriven, LLC, DBA Hanlan Midgette** | : **Judge Ashely M. Chan** |
| **Scriven, LP, DBA Scriven, Inc.** | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Ajax Mortgage Loan Trust 2021-D,** | : |
| **Mortgage-Backed Securities, Series 2021-** | : |
| **D, by U.S. Bank National Association, as** | : |
| **Indenture Trustee** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Keith M. Scriven DBA Hanlan Midgette** | : |
| **Scriven, LLC, DBA Hanlan Midgette** | |
| **Scriven, LP, DBA Scriven, Inc.** | |

**Richard Furtek, Subchapter V Trustee**
**Respondents.**

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Upon the motion of Edward H. Cahill to be admitted, *pro hac vice*, to represent Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee, an interest party in the above referenced case, and upon Movant's certifications contained in her motion, it is hereby

ORDERED, that Edward H. Cahill is admitted to practice, *pro hac vice*, in the above bankruptcy case to represent Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee.

So Ordered:

Dated: November 8, 2022    _____
ASHELY M. CHAN, Judge
U.S. Bankruptcy Court