**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.<br>    Debtor | Case No. 22-11818-amc |
| Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1,<br>    Movant | Chapter 11 |
| vs.<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.<br>    Respondent | 11 U.S.C. §362 |

**STIPULATION IN SETTLEMENT TO ALLOW RELIEF
FROM THE AUTOMATIC STAY**

It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Movant, Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1, and RONALD G. MCNEIL, Esquire, counsel for the Debtor, as follows:

**WHEREAS**, Keith M. Scriven **is** the Debtor in the above-captioned bankruptcy;

**WHEREAS**, Keith M. Scriven is the owner of the property located at 25 Widgeon Road, Fire Island Pines;  New York 11782**;**

**WHEREAS**, Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1,  is the holder of a secured lien on the Property;

**WHEREAS**, Debtor's Chapter 11 Plan calls for the abandonment or sale of the property;

**WHEREAS**, Respondent filed an Objection to the Confirmation of Debtor's Chapter 11 Plan;

**WHEREAS**, the parties desire to amicably resolve the Objection to Confirmation of Debtors' Objection to Plan.

**NOW THEREFORE**, the parties stipulate and agree as follows:

1. Debtor agrees to the granting of Relief from Stay to Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1 for the Property known as 25 Widgeon Road, Fire Island Pines, New York, 11782.

2. The automatic stay will be vacated, terminated and/or annulled to permit the Movant to institute or resume and prosecute to conclusion one or more action in the court of appropriate jurisdiction to pursue the Movant's rights.

3. Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of it right to possession of the property.

4. <u>Entire Agreement</u>.  This Stipulation contains or expressly incorporates by reference the entire agreement of the parties and supersedes all prior negotiations.

This Agreement shall not be modified or amended except by a written instrument executed by all parties.

**IN WITNESS THEREOF** and intending to be a legally bound hereby, the parties to the above-captioned action, by their respective attorneys, each of whom has been expressly authorized to enter into this Stipulation of Settlement, set their signatures below.

Dated: December 7, 2022         /s/ Andrew Spivack
                                Andrew Spivack, Esquire
                                Attorney for Movant


                                 /s/ Ronald McNeil
                                _____
                                RONALD G. MCNEIL, Esquire
                                Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.<br>       Debtor | Case No. 22-11818-amc |
| Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1,<br>       Movant | Chapter 11 |
| vs.<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.<br>       Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this ____ day of _____, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge