# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.<br>    Debtor | Case No. 22-11818-amc<br><br>Chapter 11 |
| Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage-Backed Pass-Through Certificates, Series 2006-1,<br>    Movant<br><br>vs.<br>KEITH M. SCRIVEN<br>D/B/A Hanlan Midgette Scriven, LLC<br>D/B/A Hanlan Midgette Scriven, LP<br>D/B/A Scriven, Inc.<br>    Respondent | 11 U.S.C. §362 |

**ORDER**

    **AND NOW**, this ____ day of _____, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

Dated: December 15, 2022

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge