IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Keith M. Scriven<br>*dba* Hanlan Midgette Scriven, LLC<br>*dba* Hanlan Midgette Scriven, LP<br>*dba* Scriven, Inc.<br>*Debtor*<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust,<br>*Movant*<br><br>Keith M. Scriven &<br>Richard E Furtek, Trustee,<br>*Respondents* | Case No.: 22-11818-AMC<br><br>Chapter: 11<br><br>Judge: Ashely M. Chan |

**ORDER MODIFYING STAY**

AND NOW, this _____ day of _____, 2022, it appearing that SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust; Alice M. Murphy, Debtor; and the Chapter 11 Trustee, have entered into a Stipulation consenting to relief from the automatic stay, it is therefore;

ORDERED and DECREED that such Stipulation be and hereby is approved; and

FURTHER ORDERED that the Stay afforded by 11 U.S.C. ' 362 (a) be and it hereby is, modified, to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, to foreclose on its mortgage and to proceed with execution process, through, among other remedies but not limited to Sheriff's Sale, regarding premises: 341A Shell Walk, Fire Island Pines, NY 11782.

BY THE COURT:

**Date: December 27, 2022**

_____
Ashely M. Chan, Bankruptcy Judge