**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                          :
                                                :     Chapter 11
          KEITH M. SCRIVEN,                     :
                                                :     Bankruptcy No. 22-11818 (AMC)
                         Debtor.                :
---------------------------------------------------------x

**RE-NOTICE OF MOTION, RESPONSE DEADLINE**

The Sheriff of the City of Philadelphia has filed a **Motion to Dismiss Debtor's Chapter 11, Subchapter V Case** with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen (14) days from the date of this Notice**, you or your attorney must do all of the following:

   (a)   file an answer explaining your position at:

   U.S. Bankruptcy Court, Eastern District of Pennsylvania
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the movants' attorney:

   Megan N. Harper
   Senior Attorney
   City of Philadelphia Law Department
   Municipal Services Building
   1401 JFK Boulevard, 5th Floor
   Philadelphia, PA 19102-1595

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before The Honorable Ashely M. Chan on **Wednesday, March 8, 2023 at 12:30 p.m.** in Courtroom #4, U. S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: February 8, 2023