**Fill in this information to identify the case:**

Debtor Name: Keith M. Scriven

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22 - 11818 AMC

☑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: Oct/2022                          Date report filed: 02/08/2023 (MM/DD/YYYY)

Line of business: Sales                  NAISC code: 459920

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Keith M. Scriven

Original signature of responsible party: /s/ Keith M. Scriven

Printed name of responsible party: Keith M. Scriven

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name  Keith M. Scriven

Case number  22 - 11818 AMC

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 13,347.16

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 18,357.96

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 26,674.91

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -8,316.95

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 5,030.21

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  Keith M. Scriven                                    Case number 22 - 11818 AMC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                             $ _____0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                         _____0
27. What is the number of employees as of the date of this monthly report?            _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __3,262.00
30. How much have you paid this month in other professional fees?                               $ _____
31. How much have you paid in total other professional fees since filing the case?              $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 19,000.00 | − | $ 18,357.94 | = | $ 642.06 |
| 33. **Cash disbursements** | $ 4,000.00 | − | $ 26,674.91 | = | $ -22,674.91 |
| 34. **Net cash flow** | $ 15,000.00 | − | $ -8,316.97 | = | $ 23,316.97 |

35. Total projected cash receipts for the next month:                                  $   19,000.00
36. Total projected cash disbursements for the next month:                           − $    4,000.00
37. Total projected net cash flow for the next month:                                = $   15,000.00

Debtor Name  Keith M. Scriven                                      Case number 22 - 11818 AMC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## Monthly Report (Oct/2022)

Keith M. Scriven     Bankr. No. 22 - 11818 AMC

## Addendum

Income

| | | | |
|---|---|---|---|
| a) | Sales | | $18,357.94 |
| b) | Interest | | 0.02 |
| | | Total Revenue | 18,357.96 |

Expenses

| | | | |
|---|---|---|---|
| a) | advertising | | 436.46 |
| b) | insurance | | 1,034.78 |
| c) | taxes & fees | | 20.00 |
| d) | materials | | 13,166.78 |
| e) | office supplies | | 30.44 |
| f) | utilities/telephone | | 811.88 |
| g) | transportation | | 929.23 |
| h) | other - KMS related | | 821.55 |
| i) | other (return) | | 2,945.16 |
| j) | other (TPS) | | 3,000.00 |
| k) | mortgage | | 2,994.63 |
| | | Total Expenses | 26,674.91 |

Net Profit (Loss)         (8,316.95)

Document      Page 6 of 12

# Wells Fargo Everyday Checking

October 31, 2022 ■ Page 1 of 8



KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

(345)

October 31, 2022 ■ Page 2 of 8



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $4,344.20 |
| Deposits/Additions | 23,837.94 |
| Withdrawals/Subtractions | - 26,169.91 |
| **Ending balance on 10/31** | **$2,012.23** |

Account number: ▇▇▇▇6767

**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH11 CASE #22-11818 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 10/3 | | ATM Transfer authorized on 10/03 From Keith M Scriven Savings 307 Levering Mill Rd Bala Cynwyd PA 0003531 ATM ID 0174K Card 4006 | 3,000.00 | | |
| 10/3 | | Purchase authorized on 09/30 19 Petroleum Phillipsburg NJ S382273471357197 Card 4006 | | 36.01 | |
| 10/3 | | Purchase authorized on 09/30 McDonald's F13963 Plumsteadvill PA S302273811534809 Card 4006 | | 4.86 | |
| 10/3 | | Recurring Payment authorized on 10/01 Vzwrlss*Bill Pay 800-9220204 CA S382274436783707 Card 4006 | | 240.12 | |
| 10/3 | | Purchase Bank Check OR Draft | | 2,994.63 | |
| 10/3 | | Purchase authorized on 10/01 USPS PO 33585013 39 Main Newton NJ P302274522899351 Card 4006 | | 4.60 | |
| 10/3 | | Purchase authorized on 10/01 Verizon Wrls D2219 Succasunna NJ S302274592437596 Card 4006 | | 181.24 | |
| 10/3 | | ATM Withdrawal authorized on 10/02 122 Water St Newton NJ 0003945 ATM ID 0115N Card 4006 | | 340.00 | |
| 10/3 | | ATM Withdrawal authorized on 10/03 307 Levering Mill Rd Bala Cynwyd PA 0003532 ATM ID 0174K Card 4006 | | 1,000.00 | |
| 10/3 | | Cash eWithdrawal in Branch/Store 10/03/2022 12:03 Pm 601 Chestnut St Philadelphia PA 4006 | | 900.00 | |
| 10/3 | | Nationwide EDI Pymnts Nmp0022940607 Keith Scriven | | 174.94 | 1,467.80 |
| 10/4 | | Purchase authorized on 10/02 Quick Chek Corpora Newton NJ S582275635442765 Card 4006 | | 72.51 | |
| 10/4 | | Purchase authorized on 10/03 Jewelers Depot Philadelphia PA S382276676039248 Card 4006 | | 776.90 | |
| 10/4 | | Purchase authorized on 10/04 Wal-Mart #2604 Newton NJ P000000783842130 Card 4006 | | 30.44 | 587.95 |
| 10/5 | | ATM Transfer authorized on 10/05 From Keith M Scriven Savings 122 Water St Newton NJ 0006220 ATM ID 0115Q Card 4006 | 1,800.00 | | |
| 10/5 | | Purchase authorized on 10/03 Quick Chek Corpora Belvidere NJ S582276467323459 Card 4006 | | 33.48 | |
| 10/5 | | Purchase authorized on 10/03 Quick Chek Corpora Belvidere NJ S582276469938518 Card 4006 | | 2.12 | |
| 10/5 | | Cash eWithdrawal in Branch/Store 10/05/2022 08:16 Am 122 Water St Newton NJ 4006 | | 1,800.00 | 552.35 |
| 10/6 | | ATM Transfer authorized on 10/06 From Keith M Scriven Savings 601 Chestnut St Philadelphia PA 0009896 ATM ID 6560S Card 4006 | 2,200.00 | | |
| 10/6 | | ATM Cash Deposit on 10/06 5810 Easton Rd Plumsteadvill PA 0000962 ATM ID 0087R Card 4006 | 2,250.00 | | |

October 31, 2022 ■ Page 3 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/6 | | ATM Cash Deposit on 10/06 5810 Easton Rd Plumsteadvill PA 0000963 ATM ID 0087R Card 4006 | 150.00 | | |
| 10/6 | | Purchase authorized on 10/06 American Picture Frami Philadelphia PA P582279638285484 Card 4006 | | 2,065.77 | |
| 10/6 | | Purchase authorized on 10/06 PA0037 Riegelsville PA P000000681405080 Card 4006 | | 10.01 | 3,076.57 |
| 10/7 | | Purchase authorized on 10/05 Professional Tire Newton NJ S582278748920296 Card 4006 | | 224.86 | |
| 10/7 | | Purchase authorized on 10/07 Wine and Spirits 5185 Philadelphia PA P000000273146132 Card 4006 | | 44.24 | 2,807.47 |
| 10/11 | | ATM Transfer authorized on 10/08 From Keith M Scriven Savings 307 Levering Mill Rd Bala Cynwyd PA 0004532 ATM ID 0174K Card 4006 | 500.00 | | |
| 10/11 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gld37Rb on 10/08/22 | 500.00 | | |
| 10/11 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gln6Cl8 on 10/09/22 | 200.00 | | |
| 10/11 | | Purchase authorized on 10/06 Ppa on Street Kios Philadelphia PA S582279498660321 Card 4006 | | 2.25 | |
| 10/11 | | Purchase authorized on 10/06 Quick Chek Corpora Belvidere NJ S462279836132564 Card 4006 | | 70.00 | |
| 10/11 | | Purchase authorized on 10/07 Ppa on Street Kios Philadelphia PA S302280729045089 Card 4006 | | 1.50 | |
| 10/11 | | Purchase authorized on 10/08 Jewelers Depot Philadelphia PA S582281516365256 Card 4006 | | 2,706.00 | |
| 10/11 | | Purchase authorized on 10/08 Royal Farms #28 District Heig MD P000000570897434 Card 4006 | | 72.64 | |
| 10/11 | | ATM Withdrawal authorized on 10/08 307 Levering Mill Rd Bala Cynwyd PA 0004531 ATM ID 0174K Card 4006 | | 100.00 | |
| 10/11 | | Purchase authorized on 10/11 Tractor S 6719 Easton Bedminster PA P000000970337933 Card 4006 | | 48.74 | 1,006.34 |
| 10/12 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gm6Wnyy on 10/12/22 | 150.00 | | |
| 10/12 | | Purchase authorized on 10/10 Staples 0010 Narberth PA S582283568848911 Card 4006 | | 0.50 | |
| 10/12 | | Purchase authorized on 10/11 Weis Markets 143 G Newton NJ S462284683933100 Card 4006 | | 40.04 | |
| 10/12 | | First Insurance Insurance 900-97179808 Scriven, Keith M. | | 394.23 | |
| 10/12 | | First Insurance Insurance 900-97179691 Scriven, Keith M. | | 465.61 | 255.96 |
| 10/13 | | RTP From Venmo on 10/13 Ref#20221013021000021P1Brjpm00040050928 | 171.94 | | |
| 10/13 | | Purchase authorized on 10/13 Cvs/Pharmacy #11 11271--1 Washington NJ P582286579947921 Card 4006 | | 8.51 | 419.39 |
| 10/14 | | RTP From Venmo on 10/14 Ref#20221014021000021P1Brjpm00500049372 | 196.50 | | |
| 10/14 | | Purchase authorized on 10/12 Quick Chek Corpora Belvidere NJ S302285485974610 Card 4006 | | 47.28 | |
| 10/14 | | Purchase authorized on 10/12 Ppa on Street Kios Philadelphia PA S302285616519136 Card 4006 | | 6.00 | |
| 10/14 | | Purchase authorized on 10/12 Hymie's Deli Merion Sta PA S382285704598168 Card 4006 | | 6.33 | |
| 10/14 | | Purchase authorized on 10/14 Quick Chek Corp Belvidere NJ P000000582630121 Card 4006 | | 2.12 | 554.16 |
| 10/17 | | RTP From Venmo on 10/17 Ref#20221017021000021P1Brjpm00540037598 | 98.25 | | |
| 10/17 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gn563Pk on 10/15/22 | 100.00 | | |
| 10/17 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gnn2Tsy on 10/17/22 | 30.00 | | |
| 10/17 | | Purchase authorized on 10/13 Ppa on Street Kios Philadelphia PA S302286500777563 Card 4006 | | 1.50 | |

October 31, 2022 ■ Page 4 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/17 | | Purchase authorized on 10/14 Quick Chek Corpora Belvidere NJ S582287470574015 Card 4006 | | 70.00 | |
| 10/17 | | Purchase authorized on 10/14 Ppa on Street Kios Philadelphia PA S382287585516011 Card 4006 | | 1.00 | |
| 10/17 | | Purchase authorized on 10/14 Jewelers Depot Philadelphia PA S382287587864714 Card 4006 | | 75.00 | |
| 10/17 | | ATM Withdrawal authorized on 10/15 122 Water St Newton NJ 0006363 ATM ID 0115N Card 4006 | | 340.00 | |
| 10/17 | | Purchase authorized on 10/15 Quick Chek Corpora Newton NJ S582288591731478 Card 4006 | | 50.00 | 244.91 |
| 10/18 | | ATM Cash Deposit on 10/18 307 Levering Mill Rd Bala Cynwyd PA 0006074 ATM ID 0174K Card 4006 | 225.00 | | |
| 10/18 | | Purchase authorized on 10/16 Quick Chek Food St Phillipsburg NJ S302289582395438 Card 4006 | | 40.00 | |
| 10/18 | | Recurring Payment authorized on 10/17 Dnh*Godaddy.Com 480-5058855 AZ S382290651934318 Card 4006 | | 50.33 | |
| 10/18 | | Purchase authorized on 10/17 Smg Pennsylvania C 215-418-4700 PA S462290824531685 Card 4006 | | 130.00 | |
| 10/18 | | Purchase authorized on 10/18 PA0037 Riegelsville PA P000000387229328 Card 4006 | | 20.00 | 229.58 |
| 10/19 | | RTP From Venmo on 10/19 Ref#20221019021000021P1Brjpm00080038688 | 491.25 | | |
| 10/19 | | Purchase authorized on 10/17 Staples 0010 Narberth PA S302290716259015 Card 4006 | | 6.50 | |
| 10/19 | | ATM Withdrawal authorized on 10/19 1230 US Hwy 22 Phillipsburg NJ 0003276 ATM ID 6743S Card 4006 | | 340.00 | |
| 10/19 | | Purchase authorized on 10/19 Marshalls 1220 US Rt 2 Phillipsburg NJ P000000779027489 Card 4006 | | 45.97 | 328.36 |
| 10/20 | | Purchase authorized on 10/18 Quick Chek Corpora Belvidere NJ S302291761157131 Card 4006 | | 50.00 | |
| 10/20 | | Purchase authorized on 10/19 Peco Energy Compan 215-841-4000 PA S582292654870480 Card 4006 | | 195.10 | 83.26 |
| 10/21 | | Recurring Payment authorized on 10/20 Zoom.US 888-799-96 WWW.Zoom.US CA S382293645737566 Card 4006 | | 15.89 | 67.37 |
| 10/24 | | Zelle From Chad L Karp on 10/22 Ref # Jpm999Hnt1Fx Jacket | 200.00 | | |
| 10/24 | | Zelle From Chad L Karp on 10/22 Ref # Jpm999Hntgos | 100.00 | | |
| 10/24 | | Recurring Payment authorized on 10/22 Dnh*Godaddy.Com 480-5058855 AZ S382295534899048 Card 4006 | | 32.39 | |
| 10/24 | | Purchase authorized on 10/23 US Gas Chapel Aven Cherry Hill NJ S382296431130758 Card 4006 | | 64.74 | |
| 10/24 | | Purchase authorized on 10/23 Brinkmanns 6315892335 Sayville NY P000000383849673 Card 4006 | | 87.94 | |
| 10/24 | | Purchase authorized on 10/23 River Road Parking Sayville NY S462296660436942 Card 4006 | | 18.00 | |
| 10/24 | | Purchase authorized on 10/23 Gulf Great Rive Islip Ter NY P000000687550513 Card 4006 | | 15.45 | |
| 10/24 | | Purchase authorized on 10/24 Wine and Spirits 4614 Bala Cynwyd PA P000000885444993 Card 4006 | | 13.77 | 135.08 |
| 10/25 | | ATM Cash Deposit on 10/25 601 Chestnut St Philadelphia PA 0000737 ATM ID 6560S Card 4006 | 1,500.00 | | |
| 10/25 | | Zelle From Chad L Karp on 10/25 Ref # Jpm999Hqptlp Ring | 500.00 | | |
| 10/25 | | RTP From Venmo on 10/25 Ref#20221025021000021P1Brjpm00070017555 | 2,975.00 | | |
| 10/25 | | Recurring Payment authorized on 10/24 Sxm*Siriusxm.Com/A 888-635-5144 NY S382297288551454 Card 4006 | | 23.29 | |
| 10/25 | | Cash eWithdrawal in Branch/Store 10/25/2022 08:53 Am 601 Chestnut St Philadelphia PA 4006 | | 2,000.00 | |
| 10/25 | | Cash eWithdrawal in Branch/Store 10/25/2022 10:49 Am 307 Levering Mill Rd Bala Cynwyd PA 4006 | | 2,300.00 | 786.79 |
| 10/26 | | Purchase authorized on 10/24 Quick Chek Corpora Belvidere NJ S302297436725722 Card 4006 | | 30.00 | |

October 31, 2022 ■ Page 5 of 8



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/26 | | Purchase authorized on 10/24 Ppa on Street Kios Philadelphia PA S302297650156205 Card 4006 | | 0.50 | |
| 10/26 | | Zelle to Doan Huan on 10/26 Ref #Pp0Qs2Gd2R | | 350.00 | 406.29 |
| 10/27 | | Zelle From Chad Karp on 10/27 Ref # Bpc0H7F51C05 | 1,000.00 | | |
| 10/27 | | Zelle From Chad Karp on 10/27 Ref # Bpc0H7G5Fwi3 Rings 5500 on Account | 1,000.00 | | |
| 10/27 | | Purchase authorized on 10/25 Ppa on Street Kios Philadelphia PA S462298544044294 Card 4006 | | 3.00 | |
| 10/27 | | Purchase authorized on 10/25 Ppa on Street Kios Philadelphia PA S582298575436164 Card 4006 | | 1.25 | |
| 10/27 | | Purchase authorized on 10/25 Quick Chek Corpora Belvidere NJ S382298766801480 Card 4006 | | 70.75 | |
| 10/27 | | Zelle to Grossman Craig on 10/27 Ref #Rp0Qs3L7Pq | | 160.00 | |
| 10/27 | | ATM Withdrawal authorized on 10/27 122 Water St Newton NJ 0008466 ATM ID 0115N Card 4006 | | 420.00 | |
| 10/27 | | Purchase authorized on 10/27 Shoprite Newton S1 Newton NJ P462300609041879 Card 4006 | | 39.64 | 1,711.65 |
| 10/28 | | ATM Check Deposit on 10/28 50 International Dr S Flanders NJ 0009903 ATM ID 9856H Card 4006 | 4,500.00 | | |
| 10/28 | | Purchase authorized on 10/28 Botani Trimmings New York NY P000000884286404 Card 4006 | | 518.88 | 5,692.77 |
| 10/31 | | Purchase authorized on 10/27 Staples 0010 Newton NJ S462300590587952 Card 4006 | | 2.96 | |
| 10/31 | | Purchase authorized on 10/28 Metropark 5023 Iselin NJ S582301624291188 Card 4006 | | 21.50 | |
| 10/31 | | Purchase authorized on 10/28 Spi*Aqua Services 877-987-2782 PA S382301629807511 Card 4006 | | 195.42 | |
| 10/31 | | Purchase authorized on 10/28 NJ Transit Metropa Woodbridge to NJ S582301762691639 Card 4006 | | 7.00 | |
| 10/31 | | Purchase authorized on 10/29 Wendy's #3084 Merion Statio PA S302303126048475 Card 4006 | | 16.09 | |
| 10/31 | | Purchase authorized on 10/30 Quick Chek Corp Belvidere NJ P000000974120141 Card 4006 | | 6.38 | |
| 10/31 | | Online Transfer to Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0Gryldyg on 10/31/22 | | 3,000.00 | |
| 10/31 | | Purchase authorized on 10/31 Wine and Spirits 4614 Bala Cynwyd PA P000000771082023 Card 4006 | | 21.19 | |
| 10/31 | < | Business to Business ACH Debit - Square Inc * Cash App 221031 T200527924003 Keith Scriven | | 400.00 | |
| 10/31 | | Monthly Service Fee | | 10.00 | 2,012.23 |
| **Ending balance on 10/31** | | | | | **2,012.23** |
| **Totals** | | | **$23,837.94** | **$26,169.91** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2022 - 10/31/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|

# Wells Fargo Way2Save® Savings

October 31, 2022 ■ Page 1 of 5



KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $9,002.96 |
| Deposits/Additions | 3,000.02 |
| Withdrawals/Subtractions | - 8,985.00 |
| **Ending balance on 10/31** | **$3,017.98** |

Account number: ████2339

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

(345)
Sheet Seq = 0362959

October 31, 2022 ■ Page 2 of 5



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $1,598.12 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.34 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 10/3 | ATM Transfer authorized on 10/03 to Keith M Scriven Checking 307 Levering Mill Rd Bala Cynwyd PA 0003531 ATM ID 0174K Card 4006 | | 3,000.00 | 6,002.96 |
| 10/5 | ATM Transfer authorized on 10/05 to Keith M Scriven Checking 122 Water St Newton NJ 0006220 ATM ID 0115Q Card 4006 | | 1,800.00 | 4,202.96 |
| 10/6 | ATM Transfer authorized on 10/06 to Keith M Scriven Checking 601 Chestnut St Philadelphia PA 0009896 ATM ID 6560S Card 4006 | | 2,200.00 | 2,002.96 |
| 10/11 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gld37Rb on 10/08/22 | | 500.00 | |
| 10/11 | ATM Transfer authorized on 10/08 to Keith M Scriven Checking 307 Levering Mill Rd Bala Cynwyd PA 0004532 ATM ID 0174K Card 4006 | | 500.00 | |
| 10/11 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gln6Cl8 on 10/09/22 | | 200.00 | |
| 10/11 | ATM Withdrawal authorized on 10/10 307 Levering Mill Rd Bala Cynwyd PA 0004727 ATM ID 0174K Card 4006 | | 300.00 | 502.96 |
| 10/12 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gm6Wnyy on 10/12/22 | | 150.00 | 352.96 |
| 10/14 | ATM Withdrawal authorized on 10/14 1101 Old York Rd Abington PA 0000651 ATM ID 0684E Card 4006 | | 100.00 | 252.96 |
| 10/17 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gn563Pk on 10/15/22 | | 100.00 | |
| 10/17 | ATM Withdrawal authorized on 10/17 1230 US Hwy 22 Phillipsburg NJ 0002714 ATM ID 6743S Card 4006 | | 100.00 | |
| 10/17 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gnn2Tsy on 10/17/22 | | 30.00 | 22.96 |
| 10/31 | Online Transfer From Scriven K Everyday Checking xxxxxx6767 Ref #Ib0Gryldyg on 10/31/22 | 3,000.00 | | |
| 10/31 | Interest Payment | 0.02 | | |
| 10/31 | Monthly Service Fee | | 5.00 | 3,017.98 |
| **Ending balance on 10/31** | | | | **3,017.98** |
| **Totals** | | **$3,000.02** | **$8,985.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2022 - 10/31/2022 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $22.96 ☐ |