**Fill in this information to identify the case:**

Debtor Name: Keith M. Scriven

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22 - 11818 AMC

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: Dec/2022    Date report filed: 02/15/2023 (MM / DD / YYYY)

Line of business: Sales    NAISC code: 459920

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Keith M. Scriven

Original signature of responsible party: /s/ Keith M. Scriven

Printed name of responsible party: Keith M. Scriven

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Keith M. Scriven                                          Case number  22 - 11818 AMC

17. Have you paid any bills you owed before you filed bankruptcy?        ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 275.35

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 16,992.81

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $ 16,453.18

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 539.63

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 809.63

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                $ 0.00
    *(Exhibit E)*

Debtor Name  Keith M. Scriven  Case number 22 - 11818 AMC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  0
27. What is the number of employees as of the date of this monthly report?  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 3,262.00
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 19,000.00 | − | $ 16,992.81 | = | $ 2,007.19 |
| 33. **Cash disbursements** | $ 4,000.00 | − | $ 16,453.18 | = | $ -12,453.18 |
| 34. **Net cash flow** | $ 15,000.00 | − | $ 539.63 | = | $ 14,460.37 |

35. Total projected cash receipts for the next month:  $ 19,000.00
36. Total projected cash disbursements for the next month:  − $ 4,000.00
37. Total projected net cash flow for the next month:  = $ 15,000.00

Debtor Name  Keith M. Scriven                           Case number 22 - 11818 AMC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

## Monthly Report (Dec/2022)

Keith M. Scriven    Bankr. No. 22 - 11818 AMC

## Addendum

Income

| | | |
|---|---|---:|
| a) | Sales | $16,992.46 |
| b) | Interest | 0.35 |
| | Total Revenue    16,992.81 | |

Expenses

| | | |
|---|---|---:|
| a) | advertising | 290.54 |
| b) | insurance | 1,428.84 |
| c) | taxes & fees | 20.00 |
| d) | materials | 10,124.50 |
| e) | office supplies | 385.32 |
| f) | utilities/telephone | 239.86 |
| g) | transportation | 676.11 |
| h) | bankruptcy filing | 0.00 |
| i) | other - KMS related | 303.38 |
| j) | other (return) | 0.00 |
| k) | other (TPS) | 0.00 |
| l) | mortgage | 2,984.63 |
| | Total Expenses    16,453.18 | |

Net Profit (Loss)        539.63

# Wells Fargo Everyday Checking

December 31, 2022 ■ Page 1 of 8



KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $212.36 |
| Deposits/Additions | 17,042.46 |
| Withdrawals/Subtractions | - 16,453.18 |
| **Ending balance on 12/31** | **$801.64** |

Account number: ████ 6767
**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH11 CASE #22-11818 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

(345)

December 31, 2022 ■ Page 2 of 8   

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/2 | | ATM Check Deposit on 12/02 307 Levering Mill Rd Bala Cynwyd PA 0003718 ATM ID 0174K Card 4006 | 3,000.00 | | |
| 12/2 | | ATM Cash Deposit on 12/02 307 Levering Mill Rd Bala Cynwyd PA 0003795 ATM ID 0174K Card 4006 | 500.00 | | 3,712.36 |
| 12/5 | | RTP From Venmo on 12/04 Ref#20221204021000021P1Brjpm00060012296 | 31.44 | | |
| 12/5 | | Purchase authorized on 12/01 Quick Chek Food St Phillipsburg NJ S462335517734609 Card 4006 | | 33.00 | |
| 12/5 | | Purchase authorized on 12/02 19 Petroleum Phillipsburg NJ S582336486977835 Card 4006 | | 60.00 | |
| 12/5 | | Purchase authorized on 12/02 Ppa on Street Kios Philadelphia PA S462336577046341 Card 4006 | | 1.50 | |
| 12/5 | | Purchase authorized on 12/02 Hymie's Deli Merion Sta PA S612339479728056 Card 4006 | | 31.70 | |
| 12/5 | | Purchase authorized on 12/02 Staples 0010 Narberth PA S382336793896856 Card 4006 | | 5.50 | |
| 12/5 | | Recurring Payment authorized on 12/02 Vzwrlss*Bill Pay 800-9220204 CA S462336821836841 Card 4006 | | 239.86 | |
| 12/5 | | Purchase Bank Check OR Draft | | 2,994.63 | |
| 12/5 | | Purchase authorized on 12/03 USPS PO 3358501340 Newton NJ S462337554969913 Card 4006 | | 4.60 | |
| 12/5 | | Purchase authorized on 12/03 Hayeks Market Newton NJ P000000473186289 Card 4006 | | 28.06 | |
| 12/5 | | Purchase authorized on 12/04 Bp#6640817CEL M Bay Shore NY P000000089445672 Card 4006 | | 59.82 | 285.13 |
| 12/6 | | RTP From Venmo on 12/06 Ref#20221206021000021P1Brjpm00110054412 | 589.50 | | |
| 12/6 | | Purchase authorized on 12/04 Quick Chek Corpora Stanhope NJ S382338472902475 Card 4006 | | 50.00 | |
| 12/6 | | Purchase authorized on 12/05 Jewelers Depot Philadelphia PA S462339552344316 Card 4006 | | 35.00 | |
| 12/6 | | Purchase authorized on 12/05 Tb Hagstoz & Son I 2159221627 PA S382339554786394 Card 4006 | | 55.00 | 734.63 |
| 12/7 | | Purchase authorized on 12/05 Ppa on Street Kios Philadelphia PA S462339548357629 Card 4006 | | 1.50 | |
| 12/7 | | Purchase authorized on 12/05 Wendy's #3084 Merion Statio PA S462340009283625 Card 4006 | | 10.37 | |
| 12/7 | | Recurring Payment authorized on 12/06 Dnh*Godaddy.Com 480-5058855 AZ S462340417104688 Card 4006 | | 22.67 | |
| 12/7 | | Purchase authorized on 12/06 A & B Bagels & Del Newton NJ S302340757635606 Card 4006 | | 13.40 | |
| 12/7 | | ATM Withdrawal authorized on 12/07 5810 Easton Rd Plumsteadvill PA 0009842 ATM ID 0087R Card 4006 | | 80.00 | |
| 12/7 | | ATM Withdrawal authorized on 12/07 340 S 2nd St Ste 350 Philadelphia PA 0008782 ATM ID 5858G Card 4006 | | 300.00 | 306.69 |
| 12/8 | | RTP From Venmo on 12/08 Ref#20221208021000021P1Brjpm00100057411 | 550.20 | | |
| 12/8 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0H4PY94S on 12/08/22 | 40.00 | | |
| 12/8 | | Purchase authorized on 12/06 Ppa on Street Kios Philadelphia PA S302340531088338 Card 4006 | | 1.00 | |
| 12/8 | | Purchase authorized on 12/06 Quick Chek Corpora Newton NJ S462340730196667 Card 4006 | | 60.00 | |
| 12/8 | | Purchase authorized on 12/06 Quick Chek Corpora Newton NJ S382340732252023 Card 4006 | | 4.78 | |
| 12/8 | | Purchase authorized on 12/07 Metal Marketplace 2155928777 PA S302341620261052 Card 4006 | | 211.55 | |
| 12/8 | | Purchase authorized on 12/08 Wawa 157 North Wales PA P582342606376046 Card 4006 | | 40.07 | 579.49 |

December 31, 2022 ■ Page 3 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/9 | | Purchase authorized on 12/07 Ppa on Street Kios Philadelphia PA S382341577438187 Card 4006 | | 1.50 | |
| 12/9 | | Purchase authorized on 12/07 Ppa on Street Kios Philadelphia PA S582341615384676 Card 4006 | | 1.00 | |
| 12/9 | | Purchase authorized on 12/09 Jorawar Gas Stanhope NJ P000000380843975 Card 4006 | | 1.75 | |
| 12/9 | | Purchase authorized on 12/09 Tandy Leather #181 110 Philadelphia PA P000000986768017 Card 4006 | | 154.01 | 421.23 |
| 12/12 | | RTP From Venmo on 12/12 Ref#20221212021000021P1Brjpm00090062598 | 1,080.75 | | |
| 12/12 | | Purchase authorized on 12/09 Phillips 66 - Jora Stanhope NJ S462343503810706 Card 4006 | | 61.44 | |
| 12/12 | | Purchase authorized on 12/09 Tst* Lebus East Fa Philadelphia PA S382344009327056 Card 4006 | | 76.00 | |
| 12/12 | | ATM Withdrawal authorized on 12/10 307 Levering Mill Rd Bala Cynwyd PA 0005048 ATM ID 0174K Card 4006 | | 100.00 | |
| 12/12 | | ATM Withdrawal authorized on 12/11 5810 Easton Rd Plumsteadvill PA 0000518 ATM ID 0087R Card 4006 | | 40.00 | 1,224.54 |
| 12/13 | | RTP From Paypal on 12/13 Ref#20221213021000021P1Brjpm00610105058 | 1,975.00 | | |
| 12/13 | | Purchase authorized on 12/13 Jo-Ann Stores #2354 Warrington PA P302347584348417 Card 4006 | | 31.96 | |
| 12/13 | | First Insurance Insurance 900-97179808 Scriven, Keith M. | | 394.23 | |
| 12/13 | | First Insurance Insurance 900-97179691 Scriven, Keith M. | | 465.61 | 2,307.74 |
| 12/14 | | Money Transfer authorized on 12/14 From Keith Scriven PA S462348707451162 Card 4006 | 206.32 | | |
| 12/14 | | Purchase authorized on 12/12 Quick Chek Corpora Belvidere NJ S382346450959390 Card 4006 | | 60.00 | |
| 12/14 | | Purchase authorized on 12/13 19 Petroleum Phillipsburg NJ S582347538397587 Card 4006 | | 68.01 | |
| 12/14 | | Zelle to Grossman Craig on 12/14 Ref #Rp0Qw6ZI9Q | | 160.00 | |
| 12/14 | | ATM Withdrawal authorized on 12/14 5810 Easton Rd Plumsteadvill PA 0000905 ATM ID 0087R Card 4006 | | 100.00 | 2,126.05 |
| 12/15 | | ATM Cash Deposit on 12/15 601 Chestnut St Philadelphia PA 0002968 ATM ID 6560S Card 4006 | 2,000.00 | | |
| 12/15 | | Purchase authorized on 12/14 Wawa 294 Narberth PA S382348405572904 Card 4006 | | 6.13 | |
| 12/15 | | Purchase Bank Check OR Draft | | 2,450.00 | |
| 12/15 | | ATM Withdrawal authorized on 12/15 601 Chestnut St Philadelphia PA 0002969 ATM ID 6560S Card 4006 | | 1,000.00 | 669.92 |
| 12/16 | | Purchase authorized on 12/15 Sunoco 0616500500 Belmont Hills PA S302349609276062 Card 4006 | | 39.79 | |
| 12/16 | | Zelle to Doan Huan on 12/16 Ref #Pp0Qwcdx2G | | 240.00 | 390.13 |
| 12/19 | | RTP From Paypal on 12/19 Ref#20221219021000021P1Brjpm00590027601 | 4,475.00 | | |
| 12/19 | | Purchase authorized on 12/15 Ppa on Street Kios Philadelphia PA S382349652080698 Card 4006 | | 3.00 | |
| 12/19 | | Purchase authorized on 12/16 Sunoco 0715042800 Phillipsburg NJ S382350365639790 Card 4006 | | 50.00 | |
| 12/19 | | Purchase authorized on 12/16 Bp#4802500MT View Trenton NJ S302350501442881 Card 4006 | | 40.00 | |
| 12/19 | | Purchase authorized on 12/16 Ppa on Street Kios Philadelphia PA S302350538316568 Card 4006 | | 0.75 | |
| 12/19 | | Purchase authorized on 12/16 Tb Hagstoz & Son I 2159221627 PA S462350544875498 Card 4006 | | 35.53 | |
| 12/19 | | Purchase authorized on 12/17 Wawa 8080 Cheltenham PA S582351546260653 Card 4006 | | 6.13 | |
| 12/19 | | Purchase authorized on 12/18 Wawa 294 Narberth PA S462352747689625 Card 4006 | | 7.94 | |
| 12/19 | | ATM Withdrawal authorized on 12/19 1230 US Hwy 22 Phillipsburg NJ 0009016 ATM ID 6743S Card 4006 | | 1,000.00 | |

December 31, 2022 ■ Page 4 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/19 | | Cash eWithdrawal in Branch/Store 12/19/2022 09:14 Am 307 Levering Mill Rd Bala Cynwyd PA 4006 | | 2,500.00 | |
| 12/19 | | Purchase authorized on 12/19 USPS PO 41659401 615 Ches Philadelphia PA P302353719637437 Card 4006 | | 1,000.00 | 221.78 |
| 12/20 | | Purchase authorized on 12/18 Quick Chek Corpora Belvidere NJ S462352534643812 Card 4006 | | 40.00 | |
| 12/20 | | Purchase authorized on 12/18 8536 Planet Fitnes Willow Grove PA S382352625383994 Card 4006 | | 25.72 | |
| 12/20 | | Purchase authorized on 12/19 19 Petroleum Phillipsburg NJ S302353559463976 Card 4006 | | 35.00 | 121.06 |
| 12/21 | | Zelle From Jair Hammond on 12/21 Ref # Tdp0H8Zruiez Christmas Cookies From Marki | 50.00 | | |
| 12/21 | | RTP From Paypal on 12/21 Ref#20221221021000021P1Brjpm00590062948 | 49.12 | | |
| 12/21 | | Money Transfer authorized on 12/21 From Keith Scriven PA S582355732613829 Card 4006 | 98.25 | | |
| 12/21 | | Purchase authorized on 12/19 Quick Chek Corpora Newton NJ S582353519959254 Card 4006 | | 40.00 | |
| 12/21 | | Purchase authorized on 12/19 Ppa on Street Kios Philadelphia PA S582353701460093 Card 4006 | | 2.25 | |
| 12/21 | | Recurring Payment authorized on 12/20 Zoom.US 888-799-96 WWW.Zoom.US CA S302354730925417 Card 4006 | | 15.89 | |
| 12/21 | | Purchase authorized on 12/20 Wine and Spirits 4 Bala Cynwyd PA S462354847114783 Card 4006 | | 12.71 | |
| 12/21 | | ATM Withdrawal authorized on 12/21 601 Chestnut St Philadelphia PA 0004897 ATM ID 6560D Card 4006 | | 50.00 | |
| 12/21 | | ATM Withdrawal authorized on 12/21 307 Levering Mill Rd Bala Cynwyd PA 0007226 ATM ID 0174K Card 4006 | | 100.00 | 97.58 |
| 12/22 | | Purchase authorized on 12/20 Quick Chek Corpora Belvidere NJ S302354531863154 Card 4006 | | 40.00 | 57.58 |
| 12/23 | | Recurring Payment authorized on 12/22 Dnh*Godaddy.Com Https://WWW.G AZ S462356416533425 Card 4006 | | 32.39 | 25.19 |
| 12/27 | | ATM Check Deposit on 12/27 307 Levering Mill Rd Bala Cynwyd PA 0008155 ATM ID 0174K Card 4006 | 1,650.00 | | |
| 12/27 | | Online Transfer From Scriven K Way2Save Savings xxxxxx2339 Ref #Ib0H8Vhgt6 on 12/24/22 | 10.00 | | |
| 12/27 | | Purchase authorized on 12/23 Ppa on Street Kios Philadelphia PA S382357616471887 Card 4006 | | 3.00 | |
| 12/27 | | Recurring Payment authorized on 12/24 Sxm*Siriusxm.Com/A 888-635-5144 NY S462358314849541 Card 4006 | | 23.29 | 1,658.90 |
| 12/28 | | ATM Withdrawal authorized on 12/28 307 Levering Mill Rd Bala Cynwyd PA 0008228 ATM ID 0174K Card 4006 | | 1,000.00 | 658.90 |
| 12/29 | | Purchase authorized on 12/27 Hymie's Deli Merion Sta PA S382361840162338 Card 4006 | | 12.14 | |
| 12/29 | < | Business to Business ACH Debit - Butrus & Whalon Payments 221228 10795087 Keith Scriven | | 569.00 | 77.76 |
| 12/30 | | Money Transfer authorized on 12/30 From Keith Scriven PA S582364645408482 Card 4006 | 736.88 | | |
| 12/30 | | Purchase authorized on 12/28 Ppa on Street Kios Philadelphia PA S382362574756434 Card 4006 | | 3.00 | |
| 12/30 | | Monthly Service Fee | | 10.00 | 801.64 |
| **Ending balance on 12/31** | | | | | **801.64** |
| **Totals** | | | **$17,042.46** | **$16,453.18** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

# Wells Fargo Way2Save® Savings

December 31, 2022 ■ Page 1 of 5



KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

Available by phone Mon-Sat 7:00am-11:00pm
Eastern Time, Sun 9:00am-10:00pm Eastern Time:
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $62.99 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 55.00 |
| Ending balance on 12/31 | $7.99 |

Account number:  ▮▮▮▮2339

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH11 CASE #22-11818 (EPA)

Pennsylvania account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 031000503

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $30.40 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.35 |

(345)
Sheet Seq = 0436925

December 31, 2022 ■ Page 2 of 5



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 12/8 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0H4PY94S on 12/08/22 | | 40.00 | 22.99 |
| 12/27 | Online Transfer to Scriven K Everyday Checking xxxxxx6767 Ref #Ib0H8Vhgt6 on 12/24/22 | | 10.00 | 12.99 |
| 12/30 | Monthly Service Fee | | 5.00 | 7.99 |
| | Ending balance on 12/31 | | | 7.99 |
| Totals | | $0.00 | $55.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2022 - 12/31/2022 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $12.99 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · Age of primary account owner | 0 - 24 | ☐ |
| · | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM



## IMPORTANT ACCOUNT INFORMATION

**ATM Check Deposit Limit**

Effective March 15, 2023, we are changing the following paragraph in the "Our right to decline deposits" subsection within the "Depositing Funds" section of the Deposit Account Agreement:

**We may decline all or part of a deposit, including cash, for any reason.**    This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion.

The new paragraph is as follows: