# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    KEITH M. SCRIVEN : Bankr. Case 22-11818 (AMC)
  :
    Debtor. : Chapter 11
  :
  :

## PRAECIPE

Kindly **Withdraw** the United States trustee's Motion to Dismiss or Convert Case filed at Docket #91.

    Respectfully submitted,

    Andrew R. Vara
    United States Trustee
    For Regions 3 and 9

    By: */s/ George M. Conway*
    George M. Conway
    Trial Attorney
    Office of United States Trustee
    Robert N.C. Nix Federal Bldg.
    900 Market Street, Room 320
Dated: February 17, 2023     Philadelphia, PA 19107
    (215) 597-4411