United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11818-amc |
| Keith M. Scriven | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Feb 16, 2023     Form ID: pdf900     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| 14719492 | + | Ajax Mortgage Loan Trust 2021-D, c/o Gregory Funding LLC, PO Box 230579, Tigard OR 97281-0579 |
| 14705575 | | Ajax Mortgage Loan Trust 2021-D, c/o Adam Hall, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14704992 | | Ajax Mortgage Loan Trust,, a/k/a, Gregory Funding, P.O. Box 742334, Los Angeles, CA 90074-2334 |
| 14704993 | | Arch Bay Holdings, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14712165 | + | Brad G. Kubisiak, Deputy Attorney General, COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14704998 | + | Fay Servicing, LLC, 440 So. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 14705000 | | J. Otis Smith, P.O. Box 8222, Philadelphia, PA 19101-8222 |
| 14705004 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14705010 | | William Whalon, 138 North 2nd Street, Philadelphia, PA 19106-1902 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: amps@manleydeas.com | Feb 17 2023 00:11:00 | EDWARD H. CAHILL, Manley Deas Kochalski LLC, P.O.Box 165028, Columbus, OH 43216-5028 |
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Feb 17 2023 00:11:00 | TODD S. GARAN, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, SanDiego, CA 92177-7921 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | City of Philadelphia, Law Department - Tax & Revenue Unit, 1401 JFK Blvd., 5th Fl, Philadelphia, pa 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2023 00:11:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 17 2023 00:11:00 | Deutsche Bank National Trust Company, as Trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| cr | ^ | MEBN | Feb 17 2023 00:06:12 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14705540 | | Email/Text: amps@manleydeas.com | Feb 17 2023 00:11:00 | Ajax Mortgage Loan Trust 2021-D, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14715502 | | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14715409 | | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | Water Revenue Bureau, C/O City of Philadelphia, Tax & Revenue Unit,, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14708474 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2023 00:16:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14704994 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706124 | + | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | City of Philadelphia/School District of Phila, c/o Megan N. Harper, Esq., City of Phila Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1640 |
| 14704995 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2023 00:16:40 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14704996 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 00:16:51 | Credit One Bank, N.A., c/o LVNV Funding, LLC, f/k/a,, Resurgent Capital Services, LP, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14704997 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 17 2023 00:11:00 | Deutsche Bank National Trust Co., Bankruptcy Unit, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14706092 | + | Email/Text: EBN@brockandscott.com | Feb 17 2023 00:11:00 | Deutsche Bank National Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14704999 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2023 00:11:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14712179 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 00:16:40 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722505 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 17 2023 00:11:00 | Lynn R. Zack, PECO Energy Company, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14705103 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 17 2023 00:11:00 | Office of the United States Trustee, c/o GEORGE M. CONWAY, United States Trustee, 200 Chestnut Street, Suite 502, U S Customs House, Philadelphia, PA 19106-2908 |
| 14705001 | ^ | MEBN | Feb 17 2023 00:06:11 | Opensky Capital Bank, P.O. Box 8130, Reston, VA 20195-2030 |
| 14722506 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 17 2023 00:11:00 | PECO Energy Company, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14705003 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 17 2023 00:11:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14721945 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 17 2023 00:11:00 | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14731674 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 17 2023 00:11:00 | PHH Mortgage Corporation, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14706093 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 17 2023 00:11:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14705002 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14705005 | + | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 508, Philadelphia, PA 19102-1617 |
| 14713676 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 17 2023 00:11:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14731369 | | ^ MEBN | Feb 17 2023 00:06:11 | SN Servicing Corporation, c/o Lauren Moyer, Esq., 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14705006 | | Email/Text: scwabcn@scwa.com | Feb 17 2023 00:11:00 | Suffolk County Water Authority, Bankruptcy Department, 2045 Route 112, Suite # 5, Coram, NY 11727-3092 |
| 14705007 | | Email/Text: bankruptcy@td.com | Feb 17 2023 00:11:00 | TD Bank, N.A., Bankruptcy Department, 70 Gray Road, Fairmouth, ME 04105-2019 |
| 14756267 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 17 2023 00:11:00 | THE BANK OF NEW YORK MELLON at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14709149 | | ^ MEBN | Feb 17 2023 00:06:10 | The Bank of New York Mellon, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14705008 | | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 17 2023 00:11:00 | U.S. Bank, N.A., Bankruptcy Dept., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14705161 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 17 2023 00:11:00 | United States Trustee, Robert NC Nix, Sr., Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14721666 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2023 00:16:50 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14705009 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 17 2023 00:16:44 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PHH Mortgage Corporation, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14731980 | *+ | PHH Mortgage Corporation, C/O ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14710078 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023      Signature:      /s/Gustava Winters

Case 22-11818-amc   Doc 99   Filed 02/18/23   Entered 02/19/23 00:35:13   Desc Imaged
Certificate of Notice   Page 4 of 6

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 49 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bkgroup@kmllawgroup.com |
| GEORGE M. CONWAY | on behalf of Debtor Keith M. Scriven george.m.conway@usdoj.gov |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust lmoyer@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| RONALD G. MCNEIL | on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| KEITH M. SCRIVEN | : | BANKR. NO. 22-11818 (AMC) |
| | : | |
| Debtor. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The United States Trustee has filed a **Motion to Dismiss or Convert Case to Chapter** with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do <u>all</u> of the following:

    (a)  file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

    George Conway, Trial Attorney
    Office of the U.S. trustee
    Robert N.C. Nix Federal Building
    900 Market Street, Room 320
    Philadelphia, PA  19107
    george.m.conway@usdoj.gov
    Telephone: (215) 597-4411/Fax: (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan **on March 8, 2023 at 12:30 p.m. in Courtroom #4, Dial in # 1.877.873.8017 Access Code: 3027681**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

       4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

       5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  February 15, 2023