UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No.  22 - 11818 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## Debtor's Objection to Proposed Order

    AND NOW, comes Debtor, Keith M. Scriven, by and through his attorney, Ronald G. McNeil, Esquire, hereby objects to the proposed Order filed by Ajax Mortgage ("Ajax") [ECF # 102], and, in support thereof, states as follows:

1. Ajax did not submit this proposed Order to Debtor's counsel before its filing.

2. Paragraph # 2 of this proposed Order goes beyond the terms of the August 22, 2022 Stipulation Order.

3. Paragraph # 3 of this proposed Order is not a provision within the terms of the August 22, 2022 Stipulation Order.

4. Paragraph # 4 of this proposed Order is not a provision within the terms of the August 22, 2022 Stipulation Order.

5. The terms of the August 22, 2022 Stipulation Order provide Ajax with the appropriate relief it is seeking.

6. After the filing of this proposed Order, Debtor's counsel has been in communication with Ajax's counsel.

    WHEREFORE, Debtor respectfully requests that Honorable Court to disregard this proposed Order and to order such other and further relief as is just and proper.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: March 10, 2023
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil@verizon.net

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 22 - 11818 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

# CERTIFICATE OF SERVICE

I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Objection to Proposed Order was served via electronic means upon the following:

Ajax Mortgage Loan Trust, a/k/a,
  c/o Manley Deas Kochalski LLC
ATTN: Adam B. Hall, Esquire
      Alyk L. Oflazian, Esquire
P.O. Box 165028
Columbus, OH 43216-5028

SubChapter V Trustee
Furtek & Associates, LLC
Richard E. Furtek, CPA
101 Lindenwood Drive, Suite 225
Malvern, PA 19355-1762

Office of the U.S. Trustee
ATTN: George M. Conway, Esquire
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107

                                                  /s/ Ronald G. McNeil
                                                  Ronald G. McNeil, Esquire
                                                  Attorney for Debtor
                                                  DATE: March 10, 2023