IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.:** 22-11818 |
| **Keith M. Scriven DBA Hanlan** : | **Chapter 11** |
| **Midgette Scriven, LLC, DBA Hanlan** : | **Judge Ashely M. Chan** |
| **Midgette Scriven, LP, DBA Scriven,** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Inc.** | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2021-D,** : | Date and Time of Hearing |
| **Mortgage-Backed Securities, Series** : | Place of Hearing |
| **2021-D, by U.S. Bank National** : | |
| **Association, as Indenture Trustee** : | |
| **Movant,** : | U.S. Bankruptcy Court |
| : | 900 Market Street, Suite 400, Courtroom #4 |
| vs : | Philadelphia, PA, 19107 |
| : | |
| **Keith M. Scriven DBA Hanlan** : | |
| **Midgette Scriven, LLC, DBA Hanlan** | |
| **Midgette Scriven, LP, DBA Scriven,** | |
| **Inc.** | |
| **Richard E Furtek** | |
| **Respondents.** | |

### AMENDED ORDER OF COURT GRANTING RELIEF FROM STAY IN REM PURSUANT TO 11 USC § 362(d)(4)

AND NOW, this  24th  day of  March , 20 23 , pursuant to Paragraph 9a of the Stipulation of Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee ("Creditor") for Settlement of Motion to Extend Automatic Stay filed with this Court on August 11, 2022 at Docket No. 43 and entered by this Court on August 22, 2022 at Docket No. 43, and, being that the instant case was dismissed ~~on day of , 20~~ it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor, it's successors and assigns, in and to the property located at 1007 North 6th Street, Philadelphia, PA 19123 ("Property") and more particularly described in the Mortgage, recorded November 30, 2005, at Instrument Number 51326222.

It is further **ORDERED**, that the automatic stay shall not apply to the Property for a period of two years from the date of this order pursuant to 11 USC §362(d)(4). Any Sheriff that is presented with a bankruptcy petition filed within the two-year period by Keith M. Scriven DBA Hanlan Midgette Scriven, LLC, DBA Hanlan Midgette Scriven, LP, DBA Scriven, Inc. or any other person claiming an interest in the Property, may disregard the petition and proceed with the sale of the Property.

22-019582_ABH

It is further **ORDERED,** that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.  Any Federal, State, or local governmental unit that accepts notices of interests or liens on real property shall accept any certified copy of this Order for indexing and recording. Creditor may record this Order immediately, regardless of any subsequent bankruptcy petition filed by Debtor.

BY THE COURT

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Richard E Furtek, Chapter 11 Trustee, 101 Lindenwood Dr. Suite 225, Malvern, PA  19355, Rfurtek@furtekassociates.com (notified by ecf)

Ronald G. McNeil, Attorney for Debtor, 1333 Race Street, Philadelphia, PA  19107-1585, r.mcneil1@verizon.net (notified by ecf)

Keith M. Scriven DBA  Hanlan Midgette Scriven, LLC, DBA  Hanlan Midgette Scriven, LP, DBA  Scriven, Inc., Debtor, 1007 North 6th Street, Philadelphia, PA  19123 (notified by regular US Mail)

22-019582_ABH