# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                                  :
                                                           :      Chapter 11

     KEITH M. SCRIVEN,                                      :

                                                           :      Bankruptcy No. 22-11818 (AMC)

                             Debtor.              :
---------------------------------------------------------x

## ORDER

AND NOW, this 24th day of March, 2023, upon consideration of the City of Philadelphia's Motion to Dismiss, it is hereby ORDERED that the Motion to Dismiss is GRANTED and the case is hereby DISMISSED for reasons stated in open Court.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge