United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-11818-amc
Keith M. Scriven Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Mar 24, 2023 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

**Name**      **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D amps@manleydeas.com

ANDREW L. SPIVACK
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRAD KUBISIAK
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov

BRIAN CRAIG NICHOLAS
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE

Case 22-11818-amc    Doc 115    Filed 03/26/23    Entered 03/27/23 00:27:32    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bkgroup@kmllawgroup.com

GEORGE M. CONWAY
    on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust lmoyer@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

RONALD G. MCNEIL, Esquire
    on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net

Richard E Furtek
    rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 22-11818** |
| **Keith M. Scriven DBA Hanlan** | : | **Chapter 11** |
| **Midgette Scriven, LLC, DBA Hanlan** | : | **Judge Ashely M. Chan** |
| **Midgette Scriven, LP, DBA Scriven,** | : | * * * * * * * * * * * * * * * * * |
| **Inc.** | : | |
| | | |
| **Debtor(s)** | : | |
| | : | |
| **Ajax Mortgage Loan Trust 2021-D,** | : | Date and Time of Hearing |
| **Mortgage-Backed Securities, Series** | : | Place of Hearing |
| **2021-D, by U.S. Bank National** | : | _____ |
| **Association, as Indenture Trustee** | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400, Courtroom #4** |
| vs | : | **Philadelphia, PA, 19107** |
| | : | |
| **Keith M. Scriven DBA Hanlan** | : | |
| **Midgette Scriven, LLC, DBA Hanlan** | | |
| **Midgette Scriven, LP, DBA Scriven,** | | |
| **Inc.** | | |
| **Richard E Furtek** | | |
| **Respondents.** | | |

**<u>AMENDED ORDER OF COURT GRANTING RELIEF FROM STAY IN REM</u>**
**PURSUANT TO <u>11 USC § 362(d)(4)</u>**

AND NOW, this <u>24th</u> day of <u>March</u>, 20<u>23</u>, pursuant to Paragraph 9a of the Stipulation of Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee ("Creditor") for Settlement of Motion to Extend Automatic Stay filed with this Court on August 11, 2022 at <u>Docket No. 43</u> and entered by this Court on August 22, 2022 at <u>Docket No. 43</u>, and, being that the instant case was dismissed on ~~-------- day of ----------------------, 20 -----,~~ it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor, it's successors and assigns, in and to the property located at 1007 North 6th Street, Philadelphia, PA 19123 ("Property") and more particularly described in the Mortgage, recorded November 30, 2005, at Instrument Number 51326222.

It is further **ORDERED**, that the automatic stay shall not apply to the Property for a period of two years from the date of this order pursuant to <u>11 USC §362(d)(4)</u>. Any Sheriff that is presented with a bankruptcy petition filed within the two-year period by Keith M. Scriven DBA Hanlan Midgette Scriven, LLC, DBA Hanlan Midgette Scriven, LP, DBA Scriven, Inc. or any other person claiming an interest in the Property, may disregard the petition and proceed with the sale of the Property.

22-019582_ABH

It is further **ORDERED,** that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived. Any Federal, State, or local governmental unit that accepts notices of interests or liens on real property shall accept any certified copy of this Order for indexing and recording. Creditor may record this Order immediately, regardless of any subsequent bankruptcy petition filed by Debtor.

BY THE COURT

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Richard E Furtek, Chapter 11 Trustee, 101 Lindenwood Dr. Suite 225, Malvern, PA  19355, Rfurtek@furtekassociates.com (notified by ecf)

Ronald G. McNeil, Attorney for Debtor, 1333 Race Street, Philadelphia, PA  19107-1585, r.mcneil1@verizon.net (notified by ecf)

Keith M. Scriven DBA  Hanlan Midgette Scriven, LLC, DBA  Hanlan Midgette Scriven, LP, DBA  Scriven, Inc., Debtor, 1007 North 6th Street, Philadelphia, PA  19123 (notified by regular US Mail)

22-019582_ABH