United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11818-amc
Keith M. Scriven  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Mar 24, 2023  Form ID: pdf900  Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| 14719492 | + | Ajax Mortgage Loan Trust 2021-D, c/o Gregory Funding LLC, PO Box 230579, Tigard OR 97281-0579 |
| 14705575 | | Ajax Mortgage Loan Trust 2021-D, c/o Adam Hall, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14704992 | | Ajax Mortgage Loan Trust,, a/k/a, Gregory Funding, P.O. Box 742334, Los Angeles, CA 90074-2334 |
| 14704993 | | Arch Bay Holdings, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14712165 | + | Brad G. Kubisiak, Deputy Attorney General, COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14704998 | + | Fay Servicing, LLC, 440 So. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 14705000 | | J. Otis Smith, P.O. Box 8222, Philadelphia, PA 19101-8222 |
| 14705004 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14705010 | | William Whalon, 138 North 2nd Street, Philadelphia, PA 19106-1902 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: amps@manleydeas.com | Mar 25 2023 00:13:00 | EDWARD H. CAHILL, Manley Deas Kochalski LLC, P.O.Box 165028, Columbus, OH 43216-5028 |
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Mar 25 2023 00:13:00 | TODD S. GARAN, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, SanDiego, CA 92177-7921 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 25 2023 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 25 2023 00:13:00 | City of Philadelphia, Law Department - Tax & Revenue Unit, 1401 JFK Blvd., 5th Fl, Philadelphia, pa 19102 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2023 00:13:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2023 00:13:00 | Deutsche Bank National Trust Company, as Trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| cr | ^ | MEBN | Mar 25 2023 00:09:25 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14705540 | | Email/Text: amps@manleydeas.com | Mar 25 2023 00:13:00 | Ajax Mortgage Loan Trust 2021-D, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14715502 | | Email/Text: megan.harper@phila.gov | Mar 25 2023 00:13:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, |

Case 22-11818-amc    Doc 116    Filed 03/26/23    Entered 03/27/23 00:27:32    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 19102-1595 |
| 14715409 | | Email/Text: megan.harper@phila.gov | Mar 25 2023 00:13:00 | Water Revenue Bureau, C/O City of Philadelphia, Tax & Revenue Unit,, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14708474 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2023 00:19:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14704994 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2023 00:19:31 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706124 | + | Email/Text: megan.harper@phila.gov | Mar 25 2023 00:13:00 | City of Philadelphia/School District of Phila, c/o Megan N. Harper, Esq., City of Phila Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1640 |
| 14704995 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2023 00:19:31 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14704996 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2023 00:19:29 | Credit One Bank, N.A., c/o LVNV Funding, LLC, f/k/a,, Resurgent Capital Services, LP, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14704997 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2023 00:13:00 | Deutsche Bank National Trust Co., Bankruptcy Unit, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14706092 | + | Email/Text: EBN@brockandscott.com | Mar 25 2023 00:13:00 | Deutsche Bank National Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14704999 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2023 00:13:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14712179 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2023 00:19:29 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722505 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2023 00:13:00 | Lynn R. Zack, PECO Energy Company, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14705103 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 25 2023 00:13:00 | Office of the United States Trustee, c/o GEORGE M. CONWAY, United States Trustee, 200 Chestnut Street, Suite 502, U S Customs House, Philadelphia, PA 19106-2908 |
| 14705001 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2023 00:19:29 | Opensky Capital Bank, P.O. Box 8130, Reston, VA 20195-2030 |
| 14722506 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2023 00:13:00 | PECO Energy Company, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14705003 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2023 00:13:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14721945 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2023 00:13:00 | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14731674 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 25 2023 00:13:00 | PHH Mortgage Corporation, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14706093 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2023 00:13:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14705002 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2023 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14705005 | + | Email/Text: megan.harper@phila.gov | Mar 25 2023 00:13:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room |

Case 22-11818-amc   Doc 116   Filed 03/26/23   Entered 03/27/23 00:27:32   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 508, Philadelphia, PA 19102-1617 |
| 14713676 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2023 00:13:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14731369 | ^ | MEBN | Mar 25 2023 00:09:24 | SN Servicing Corporation, c/o Lauren Moyer, Esq., 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14705006 | | Email/Text: scwabcn@scwa.com | Mar 25 2023 00:13:00 | Suffolk County Water Authority, Bankruptcy Department, 2045 Route 112, Suite # 5, Coram, NY 11727-3092 |
| 14705007 | | Email/Text: bankruptcy@td.com | Mar 25 2023 00:13:00 | TD Bank, N.A., Bankruptcy Department, 70 Gray Road, Fairmouth, ME 04105-2019 |
| 14756267 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2023 00:13:00 | THE BANK OF NEW YORK MELLON at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14709149 | ^ | MEBN | Mar 25 2023 00:09:23 | The Bank of New York Mellon, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14705008 | | Email/Text: USBankBKNotices@nationalbankruptcy.com | Mar 25 2023 00:13:00 | U.S. Bank, N.A., Bankruptcy Dept., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14705161 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 25 2023 00:13:00 | United States Trustee, Robert NC Nix, Sr., Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14721666 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2023 00:19:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14705009 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2023 00:19:29 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PHH Mortgage Corporation, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14731980 | *+ | PHH Mortgage Corporation, C/O ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14710078 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023          Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 24, 2023 | Form ID: pdf900 | Total Noticed: 49 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bkgroup@kmllawgroup.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust lmoyer@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-1, Mor wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------x
In re:                                  :
                                        :        Chapter 11
    KEITH M. SCRIVEN,                :
                                        :        Bankruptcy No. 22-11818 (AMC)
                      Debtor.       :
------------------------------------------------------x

## ORDER

AND NOW, this 24th day of March, 2023, upon consideration of the City of Philadelphia's Motion to Dismiss, it is hereby ORDERED that the Motion to Dismiss is GRANTED and the case is hereby DISMISSED for reasons stated in open Court.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge