**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 11** |
| **KEITH M. SCRIVEN,** | ) |
| Debtor. | ) |
| | ) **Case No. 22-11818** |

**CHAPTER 11 SUBCHAPTER V TRUSTEE REPORT OF**
**NO DISTRIBUTION**

I, **Richard E. Furtek, CPA**, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: **$60.70 from a creditor which were returned to the Debtor**. The case was **dismissed on March 8, 2023** with no plan confirmed and no plan payments made to the trustee. The trustee did not seek compensation pursuant to 11 U.S.C. § 330(a). Accordingly, no compensation has not been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of **dismissal**. I request that I be discharged from any further duties as trustee.

Dated: 6/13/2023

FURTEK & ASSOCIATES, LLC

By:    */s/ Richard E. Furtek*
*Subchapter V Trustee*

Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(V)-NDR C